UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> c/o United States Attorney's Office <br> Judiciary Center Building <br> 555 4th Street, N.W. <br> Washington, D.C. 20530, <br><br> **Plaintiff,** <br><br> v. <br><br> **$6,075.00 IN UNITED STATES CURRENCY,** <br><br> **Defendant.** | : <br> : <br> : <br> : <br> : Civil Action No. <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, by and through its attorney, the United States Attorney for the District of Columbia, brings this Complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil action, *in rem*, to forfeit and condemn to the use and benefit of the United States of America the following property: $6,075.00 in United States currency, for violation of 21 U.S.C. § 881(a)(6).

### THE DEFENDANT IN REM

2. The defendant property is more fully described as:

   six thousand seventy-five dollars ($6,075.00) in United States currency seized in the District of Columbia on December 10, 2006 from a 2004 Mercedes Benz.

3. The defendant property is under the custody and control of the United States Marshals Service.

4. Administrative forfeiture proceedings were commenced against the defendant property by the Drug Enforcement Administration's Washington Field Office and, thereafter, Armando Cousins filed an administrative claim asserting an interest in the defendant property.

## JURISDICTION AND VENUE

5. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

6. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of this Complaint, plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

7. Venue is proper in this district by virtue of 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and the defendant property is located with the Office of the U.S. Marshals Service in the District of Columbia.

## BASIS FOR FORFEITURE

8. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), which provides for the forfeiture of all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance, and all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of Sub-chapter I of the Controlled Substances Act ("CSA") (Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970, codified at 21 U.S.C. § 801, *et seq.*).

9. On December 10, 2006, officers with the Metropolitan Police Department ("MPD"), stopped a 2004 Mercedes Benz driven by Armando Cousins due to a heavy tint violation on the windshield.

10. An MPD officer approached the vehicle and observed an open container of alcohol on the passenger side rear floorboard. As the officer was talking with Armando Cousins, the officer detected the strong odor of marijuana coming from the vehicle. Armando Cousins was instructed to step out of the vehicle and was placed under arrest for possession of an open container of alcohol. A search of Armando Cousins revealed a ziplock bag in his right sock containing a green leafy substance which field tested positive for marijuana.

11. MPD officers conducted a search of the vehicle and recovered, from an ashtray a marijuana cigarette. The officers also noticed a small gap in the center console between the radio and thermostat area. While shining a flashlight into the gap, they were able to see a large amount of U.S. currency in a plastic bag in a hidden compartment. After several attempts to gain access to the compartment, officers asked Armando Cousins how to access the compartment. Armando Cousins explained that there were two magnets under the passenger seat that were needed to open the compartment. The magnets had to be placed on specific spots on both sides of the console in order to open the compartment. When the officers positioned the magnets where Armando Cousins indicated, the compartment flipped up and the officers recovered, from inside the compartment, a medium sized zip-lock bag of marijuana and a plastic bag containing the defendant property.

12. Each of the bags were placed on the road, away from each other. A K9 officer and his dog inspected each bag and the dog sat on the bag containing the defendant property

confirming that the money had been in transactions with narcotics.

13  The gross weight of the marijuana retrieved from the stop was approximately 40.1 grams.

14. The 2004 Mercedes Benz is registered to Armando Cousins and Wilbur Ballesteros.

15. On January 16, 2007, Armando Cousins was interviewed by a MPD detective. In that interview, Armando Cousins said he and his uncle were co-owners of the 2004 Mercedes Benz, but that his uncle was unaware of the hidden compartment installed in the vehicle. Armando Cousins stated he worked as a loan processor for his brother and that he was paid in cash.

16. Mr. Cousins did not provide any written verification of his employment to the detective. Further, he did not provide pre-trial services with any employment information.

17. On January 19, 2007, Wilbur Ballesteros was interviewed by law enforcement. Mr. Ballesteros confirmed that he was listed as the co-owner of the vehicle, but said it was in name only. Mr. Ballesteros stated that his nephew, Armando Cousins, provided the down payment and made payments on the vehicle. Mr. Ballesteros denied any knowledge of a hidden compartment in the vehicle or that drugs and currency had been seized. Mr. Ballesteros also denied knowledge of any money in the vehicle.

19. Marijuana is a controlled substance for the purposes of Sub-chapter I of the CSA. *See* 21 U.S.C. § 881(a)(4).

20. On February 16, 2007, Armando Cousins pled guilty to Possession of a Controlled Substance--Marijuana in a Superior Court criminal matter related to his arrest for Possession With Intent To Distribute the marijuana recovered during the traffic stop on December 10, 2006.

His criminal case is identified as <u>United States v. Armando Cousins</u>, Criminal No. 2006-CF2-027430.

21. On March 7, 2007, Armando Cousins filed an administrative claim of ownership for the defendant property with the Drug Enforcement Administration.

## **COUNT I**

22. All statements and averments made in paragraphs 1-21 are re-alleged and incorporated herein by reference.

23. The defendant property is subject to forfeiture because it was furnished or intended to be furnished in exchange for a controlled substance or was proceeds traceable to such an exchange or was used or intended to be used to facilitate any violation of Sub-chapter I of the Uniform Controlled Substances Act, 21 U.S.C. § 801 et. seq.

24. As such, the defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

\* \* \*

**WHEREFORE**, the United States of America prays that process of warrant issue for the arrest of the defendant property as described above; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring that the defendant property be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursement of this action.

Respectfully submitted,

\_/s/_____
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610


\_/s/_____
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301


\_/s/_____
DIANE G. LUCAS
Assistant United States Attorney
D.C. Bar No. 443610
555 4th Street, N.W., Room 4822
Washington, D.C.  20530
(202) 514-7912

## **VERIFICATION**

I, Maria E. Pena, Detective with the Metropolitan Police Department, assigned to the Drug Enforcement Administration Task Force, hereby verify and declare under penalty of perjury that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the factual representations contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the government, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Detective with the Metropolitan Police Department assigned to the Drug Enforcement Administration's Task Force.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of May, 2007.

_/s/_____
Maria E. Pena
Metropolitan Police Department

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

United States of America

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **11001**
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

$6,075.00 in United States Currency

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT

Case: 1:07-cv-00976
Assigned To : Lamberth, Royce C.
Assign. Date : 5/25/2007
Description: General Civil

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Diane G. Lucas       (202) 514-7912
William R. Cowden
Assistant U.S. Attorneys
555 4th St., NW, Room, 4822, WDC 20530

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☒ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/* *2255* ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT* ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ J. *Student Loan* ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)* ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ N. *Three-Judge Court* ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
21 U.S.C. § 881(a)(6), which provides for the forfeiture of all moneys, ..., or other things of value furnished or intended to be furnished in exchange for a controlled substance.

VII. REQUESTED IN COMPLAINT    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $    Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

VIII. RELATED CASE(S) IF ANY    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 5/24/07    SIGNATURE OF ATTORNEY OF RECORD

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.