IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br>    c/o the United States Attorney  ) <br>    Judiciary Center Building  ) <br>    555 Fourth St., N.W.  ) <br>    Washington, D.C.  20530  ) <br>                                ) <br>         Plaintiff,  ) <br>                                 ) <br>    v.  ) <br>                                 ) <br> $6,075.00 IN UNITED STATES CURRENCY,  ) <br>                                 ) <br>         Defendant.  ) | Civ. No. 07-00976 (RCL) |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this  15th  day of August, 2007, that I am the attorney of record for the plaintiff in the above-entitled case; that the *in rem* defendant property, described as:

**$6,075.00 in United States currency seized in the District of Columbia on December 10, 2006 from a 2004 Mercedes Benz**.

was personally served with process on May 25, 2007.[1]

I further certify that notice of this action has been provided to all known or unknown interested parties by means of certified mail[2] or by publication.[3]

---

[1] Copies of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the Court were served upon the *in rem* defendant currency on May 25, 2007.

[2] Copies of the Complaint and the Warrant of Arrest *In Rem* were sent on June 14, 2007 to all known interested parties, via the United States Postal Service, certified mail, including to: Mr. Armando Jamaal Cousins at his last known address of record; to Mr. Cousins' counsel Matthew F. Davies, Esq., at his business address; to Mr. Wilbur Ballesteros at his last known address of record; and to Mr. Shawn C. Brooks at his last known address of record.

[3] A notice of seizure was published on June 19, 2007, in THE WASHINGTON TIMES.

I further certify under penalty of perjury that no appearances have been entered on behalf of the said *in rem* defendant currency in this case; no pleading on behalf of the defendant currency has been filed and none served upon the attorney for the plaintiff; no extensions have been given and the time for filing has expired; and that the defendant currency is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against said *in rem* defendant currency.

/s/
DIANE G. LUCAS, D.C. Bar # 443610
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth St., N.W., Rm. 4822
Washington, D.C.  20530
202-514-7912

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Affidavit in Support of Default against *in Rem* Defendant $6,075.00 in U.S. Currency was sent by U.S. Postal Service, certified mail, to Mr. Armando Jamaal Cousins, 10913 Maiden Dr., Bowie, MD 20720; counsel for Mr. Cousins, Matthew F. Davies, Esq., Roberts and Wood, 6801 Kenilworth Ave., Berkshire Building, Suite 202, Riverdale, MD 20737; Mr. Wilbur Ballesteros, 8807 Priscilla Court, Lanham, MD 20706; Mr. Shawn C. Brooks, 108 E. 32nd St., Brooklyn, NY 11226, on this  15th  day of August, 2007.

/s/
DIANE G. LUCAS
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth St., N.W., Rm. 4822
Washington, D.C. 20530
202-514-7912