Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

_____
                Plaintiff(s)

                                          Civil Action No.  07-976 (RCL)  ____

            V.


$6,075.00 IN UNITED STATES CURRENCY

_____
                Defendant(s)

RE:  $6,075.00 IN UNITED STATES CURRENCY


### DEFAULT


It appearing that the above-named defendant(s) failed to plead or otherwise defend this action

though duly served  with summons and copy of the complaint     on       May 25, 2007       , and an

affidavit on behalf of the plaintiff having been filed, it is this 16th day of __August__ , 2007 declared

that  defendant(s) is/are in default.


                              NANCY MAYER-WHITTINGTON, Clerk


                        By: _____
                                          Deputy Clerk