# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civ. No. 07-00976 (RCL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **$6,075.00 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION FOR ENTRY OF DEFAULT
## JUDGMENT AND JUDGMENT OF FORFEITURE

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves pursuant to Fed. R. Civ. P. 55, 18 U.S.C. § 983(a)(4)(A), and Rules C(6) and G(5), Supplemental Rules for Certain Admiralty and Maritime Claims, for entry of Default Judgment and for a Judgment of Forfeiture as to the above-captioned defendant currency identified in the Verified Complaint for Forfeiture *In Rem*, on the ground that no timely paper, pleading, or other claim was filed on behalf of the defendant herein and the Default was entered by the Clerk of this Court on August 16, 2007.

A proposed Judgment of Forfeiture is submitted herewith, along with a Memorandum of Points and Authorities.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


__/s/_____
WILLIAM R. COWDEN, D.C. Bar #426301
Assistant United States Attorney


__/s/_____
DIANE G. LUCAS, D.C. Bar # 443610
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth St., N.W., Rm. 4822
Washington, D.C.  20530
202-514-7912


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Entry of Default Judgment and Judgment of Forfeiture, accompanying Memorandum, and Proposed Order of Forfeiture was mailed via U.S. Postal Service, first class postage paid, to Mr. Armando Jamaal Cousins, 10913 Maiden Dr., Bowie, MD 20720; counsel for Mr. Cousins, Matthew F. Davies, Esq., Roberts and Wood, 6801 Kenilworth Ave., Berkshire Building, Suite 202, Riverdale, MD 20737; Mr. Wilbur Ballesteros, 8807 Priscilla Court, Lanham, MD 20706; Mr. Shawn C. Brooks, 108 E. 32nd St., Brooklyn, NY 11226 on this 6th day of September, 2007.


_/s/_____
DIANE G. LUCAS
Assistant United States Attorney


-2-

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civ. No. 07-00976 (RCL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **$6,075.00 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE**

On May 25, 2007, the plaintiff filed a Verified Complaint for Forfeiture *In Rem* against the defendant $6,075.00 in United States currency. Copies of the Complaint and Warrant of Arrest *In Rem* issued by the Clerk of the Court were served upon the defendant on May 25, 2007. *See* Exhibit 1. Additionally, copies of the Complaint and Warrant of Arrest *In Rem* were sent on June 14, 2007 to all known interested parties, via the United States Postal Service, certified mail, including to: Mr. Armando Jamaal Cousins at his last known address of record; to Mr. Cousins' counsel Matthew F. Davies, Esq., at his business address; to Mr. Wilbur Ballesteros at his last known address of record; and to Mr. Shawn C. Brooks at his last known address of record.[1] *See* Exhibits 2A - 2D.

In full compliance with applicable Local Rules and Rules of Procedure, notice of seizure was published in THE WASHINGTON TIMES on June 19, 2007 and the seizing agency published a notice of seizure in THE WALL STREET JOURNAL for three consecutive weeks, on March 12, 2007, March 19, 2007 and March 26, 2007. *See* Exhibits 3 and 4.

---

[1] Shawn Brooks' copy was returned unclaimed.

No response, answer, or defense was interposed in accordance with applicable rules, resulting in the entry of a Default by the Clerk of this Court on August 16, 2007. No other party has filed a claim or pleading challenging the forfeiture of the defendant currency and the time for filing a claim has expired. *See* 18 U.S.C. § 983(a)(4)(A); Rules C(6) and G(5), Supplemental Rules for Certain Admiralty and Maritime Claims.

The entry of Default and a Judgment by Default against the defendant currency is amply supported in the circumstances of this case. Indeed, the Clerk of the Court "shall enter" the Default where there has been a failure to timely plead or otherwise defend an action within the time fixed by law. Fed. R. Civ. P. Rule 55(a). Moreover, the Civil Asset Forfeiture Reform Act of 2000, mandates the filing of a claim within 30 days of the service of the government's complaint. *See* 18 U.S.C. § 983(a)(4)(A).

Further, whenever a judgement is sought for other than a sum certain (i.e. Judgment of Forfeiture), application for Judgment by Default shall be made to the Court and such Judgment may be entered by the Court so long as the defaulted party is not an infant or otherwise incompetent. Fed. R.Civ. P. 55(b); *DirectTV, Inc. v. Arnold*, 392 F. Supp.2d 415 (N.D.N.Y. 2005). *See also Canady , MD v. Erbe Elektromedizin GMBG*, 307 F. Supp.2d 2 (D.D.C. 2004); *United States v. Gant*, 268 F. Supp.2d 29 (D.D.C. 2003).

Accordingly, upon consideration of the record in this case, including a showing of compliance with applicable rules regarding service of process and notice by publication, and the Default having been entered by the Clerk of the Court, it is respectfully requested that this motion be granted. A proposed Order of Forfeiture is attached.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


__/s/_____
WILLIAM R. COWDEN, D.C. Bar #426301
Assistant United States Attorney


__/s/_____
DIANE G. LUCAS, D.C. Bar # 443610
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth St., N.W., Rm. 4822
Washington, D.C.  20530
202-514-7912

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civ. No. 07-00976 (RCL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **$6,075.00 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### JUDGMENT OF FORFEITURE

On May 25, 2007, a Verified Complaint for Forfeiture *In Rem* was filed by the plaintiff, United States of America, against the defendant $6,075.00 in United States currency. The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 801 *et seq*., and as such, the defendant currency is subject to forfeiture pursuant to 18 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action with respect to the defendant currency and returned according to law;

That pursuant to a Warrant of Arrest *in Rem* issued by this Court, the United States Marshal for the District of Columbia served the said defendant currency on May 25, 2007;

That on August 16, 2007, the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant currency within the time permitted by 18 U.S.C. § 983(a)(4)(a); and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant property further identified as: Six thousand seventy-five dollars ($6,075.00) in United States currency be entered and that no right, title, or interest in the defendant currency shall exist in any other party, and that the said defendant currency be and hereby are forfeited to the United States of America to be disposed of in accordance with law.

That the Clerk is hereby directed to send certified copies of this Judgment of Forfeiture to plaintiff's counsel of record and to the United States Marshals Service.

Dated this _____ day of _____, 2007.

_____
ROYCE C. LAMBERTH
United States District Judge

# Exhibit 1

United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | |
| DEFENDANT | TYPE OF PROCESS Verified Complain |
| $6,075.00 IN UNITED STATES CURRENCY | & Warrant of Arrest in Rem |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$6,075.00 in U.S. Currency                    defendant

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** U.S. Marshals Service for the District of Columbia Seized Asset Deposit Fund Acc

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Diane G. Lucas<br>William R. Cowden<br>Assistant U.S. Attorneys<br>555 4th Street, N.W., Room 4822<br>Washington, D.C. 20530 | Number of process to be served with this Form - 285 : 1 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                    Fold

Asset ID No. 07-DEA-478508

Signature of Attorney or other Originator requesting service on behalf of:    ☐ PLAINTIFF | TELEPHONE NUMBER | DATE
DIANE G. LUCAS                                                                ☐ DEFENDANT | (202) 514-7912 | 5/24/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**Exhibit 1**
United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)

NOTE

PRIOR EDITIONS
MAY BE USED          **3. NOTICE OF SERVICE**          FORM USM-285 (Rev. 12/15/80)

# Exhibit 2A

United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)



UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2614**
Status: **Delivered**

Your item was delivered at 12:35 PM on June 16, 2007 in BOWIE, MD 20720.

Track & Confirm

Enter Label/Receipt Number.

( Additional Details > )   ( Return to USPS.com Home > )

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent  ☐ Addressee <br> B. Received by ( *Printed Name* )  C. Date of Delivery <br> Armando Cousins  6/16/07 <br> D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☑ No |
| 1. Article Addressed to: <br><br> Mr. Armando Jamaal Cousins <br> 10913 Maiden Drive <br> Bowie, MD 20720 | |
| | 3. Service Type <br> ☑ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☑ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)* | 7000 0600 0021 5996 2614 |

PS Form **3811**, February 2004       Domestic Return Receipt       102595-02-M-1540

**Exhibit 2-a**
United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)

# Exhibit 2B

United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)



UNITED STATES
POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2621**
Detailed Results:

- **Notice Left, June 16, 2007, 11:10 am, RIVERDALE, MD 20737**
- **Arrival at Unit, June 16, 2007, 7:27 am, HYATTSVILLE, MD 20782**

< Back                    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

---

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    Go >

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

---

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

Notice of Forfeiture Action w/copy of Complaint re: US v. $6,075.00 in U.S. Currency, Cv. No. 07-976 (RCL)

| | |
|---|---|
| Certified Fee | ✓ |
| Return Receipt Fee (Endorsement Required) | ✓ |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

JUN 1 4 2007

Matthew F. Davies, Esq.
Roberts and Wood
6801 Kenilworth Avenue
Berkshire Building, Suite 202
Riverdale, MD 20737

PS Form 3800, July 1999                    See Reverse for Instructions

7000 0600 0021 5996 2621

**Exhibit 2-b**
United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)

# Exhibit 2C

United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2591**
Status: **Delivered**

Your item was delivered at 1:49 PM on June 16, 2007 in LANHAM, MD 20706.

*Additional Details >*   *Return to USPS.com Home >*

### Track & Confirm

Enter Label/Receipt Number.

[                    ]   ( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**Exhibit 2-c**
United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>✗ _Wilbur_   ☐ Agent  ☐ Addressee<br>B. Received by *( Printed Name)*  C. Date of Delivery<br>_Wilburson_   6/16/07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☑ No |
| 1. Article Addressed to:<br><br>Mr. Wilbur Ballesteros<br>8807 Priscilla Court<br>Lanham, MD 20706 | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7000 0600 0021 5996 2591 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

# Exhibit 2D

United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)



FROM :
CARR# : USPS
TRK# : 70000600002159962607
RCVD : 8/8/2007
TO : USAO/JCB
PH :
BDG :
RM :     FLR :
PCS : 1

RTE : BULK2
MSC : JCW  555 4TH ST
      USAO/JCB

By U.S. Certified Mail/Return Receipt Requested

U.S. Department of Justice
U.S. Attorney's Office

**Exhibit 2-d**
United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)

7000 0600 0021 5996 2607

# Exhibit 3

United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)

## AFFIDAVIT OF PUBLICATION

**AD# 10157318**

DISTRICT OF COLUMBIA, ss,
Personally appeared before me, <u>FAITH H. ALLBRITTON,</u>
a Notary Public in and for the District of Columbia

<u>CARL S. JOHNSON</u> who is being duly sworn according to law, an oath says that he is
an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

### The Washington Times

Circulated daily, in the City of Washington, District of Columbia,
and that the advertisement, of which the annexed is a true copy was
published in said newspaper _1_ time(s) on the following dates:

<u>2007 JUNE 19</u>

at the rate of $ 2.91 per line.

Total Cost $ 162.96 Dollars

Subscribed and sworn to before me

<u>JUNE 19, 2007</u>

Notary Public

Faith H. Allbritton
Notary Public, District of Columbia
My Commission Expires 6-14-2010

My Commission expires _____

# Exhibit 4

United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)

## Exhibit 4

United States v. $6,075.00 in United States Currency
Civ. No. 07-00976 (RCL)

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pur:
Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file a petition for remission or mitigation of the forfeiture with the Forfeiture C
Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of
Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of petitioning for remission or mit
DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., a claimant may request, pursua
shall be deemed filed with the Asset Forfeiture Section, when received by the DEA at either of the addresses noted above. Submissions by fac
or suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activ

**FIRST NOTICE**
**LAST DATE TO FILE APRIL 26, 2007**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALASKA**
07-DEA-478470, 1997 Thunder Jet Boat with 1996 Trailer, (1) 1997 Thunder Jet Boat - Model Type Alexis, Ser No. AHQ10009I697; and (1) 1996 Boat Trailer - Alaska License 7377RA (Year 20008), Ser No 1T9AS2321T198320, Wasilla, AK, McIlvain, Patrick Norris, 01/11/07
07-DEA-478589, Key Bank, Cashier's Check No. 732981876, VL: $227,045.28, Anchorage, AK, Miu, Yin Tak, 01/22/07
07-DEA-478856, $2,400.00 U.S. Currency, Big Lake, AK, Carr, Steven F., 01/22/07

**MIDDLE DISTRICT OF ALABAMA**
07-DEA-478870, 2002 GMC Yukon Denali, 1GKEK63U02J340834, Montgomery, AL, Rayos Jr., Manuel, 01/25/07
07-DEA-478078, Regions Bank, (5) Accounts, VL: $97,909.13, (1) Account in the name of Health Rx Marketing Account No. 616853602, (1) Account in the name of Health Rx Marketing Account No. 8310547818, (1) Account in the name of The Doctors Online, Inc. Account No. 8310370872, (1) Account in the name of Elena C. Quinones Account No. 9601618367, (1) Account in the name of Antonio R. Quinones Account Number 9601226344, Birmingham, AL, Quinones, Antonio, 12/21/06

**NORTHERN DISTRICT OF ALABAMA**
07-DEA-478676, $35,040.00 U.S. Currency, Alabaster, AL, Arellano, Noe Castillo, 01/25/07
07-DEA-478683, $118,020.00 U.S. Currency, Irondale, AL, Wilson, Artago, 01/25/07

**SOUTHERN DISTRICT OF ALABAMA**
07-DEA-478710, (2) Firearms, VL: $519.00, (1) European American Armory Witness .40 Caliber Semi-Automatic Pistol, Ser No EA24302; (1) Lorcin L25, .25 Caliber Automatic Pistol, Ser No 068683, Prichard, AL, Hill, Gary D., 01/26/07
07-DEA-478919, $44,960.00 U.S. Currency, Baldwin County, AL, Pacheco, Victor Manuel, 01/26/07
07-DEA-478921, 2001 Chevrolet Tahoe 4D LS, 1GNEC13T51R114119, Baldwin County, AL, Pacheco, Victor Manuel, 01/26/07

**EASTERN DISTRICT OF ARKANSAS**
07-DEA-478700, $297,000.00 U.S. Currency, Lonoke, AR, Diaz, Jorge Colin AKA Colin, Jorge Luis, 01/24/07

**DISTRICT OF ARIZONA**
07-DEA-478651, $36,000.00 U.S. Currency, St. Johns, AZ, Erland, Gary Thomas, 01/11/07
07-DEA-478661, 1st Bank of Arizona, Account #53511074, VL: $718.95, Scottsdale, AZ, Adam Lyons dba Treefax, LLC, 01/11/07
07-DEA-478936, $37,000.00 U.S. Currency, Phoenix, AZ, Weems, Carlos Darnell, 01/18/07
07-DEA-478952, $18,101.00 U.S. Currency, Phoenix, AZ, Matthews, Jasmine Monique, 01/18/07
07-DEA-479027, (6) Assorted Weapons, VL: $855.00, (1) Century International Arms, Inc. WASR-10 High Cap AK-47 Assault Rifle, Ser No A04830; (1) Smith and Wesson 410S .40 Caliber handgun, Ser No PDP1078; (1) American Derringer Model 1, .22 Mag cal, Ser No D53864; (1) Taurus model 85SS .38 special 5 shot revolver, Ser No LS84424; (1) Raven Arms MP-25 .25 caliber with nickel finish, Ser No 1883727; (1) Glock Model 19 9mm, Ser No XY798, Glendale, AZ, Ortega, Maria AKA Ortega, Marin AKA Moreno, Maria, 01/29/07
07-DEA-477447, $7,635.00 U.S. Currency, Flagstaff, AZ, Lewis, Richard AKA Laidlaw, Richard C., 01/11/07

**CENTRAL DISTRICT OF CALIFORNIA**
06-DEA-471749, $53,980.00 U.S. Currency, Orange County, CA, Bermudez, Oscar, 08/02/06
07-DEA-474208, 2004 Ford F-150 Supercrew LXT, 1FTRW12W04KD06073, Bellflower, CA, Unknown, 10/03/06
07-DEA-477386, 1980 Beech King Air 200, US Registration #N469JB, Tail Number N469JB, Ser No. BB634, Engine Ser. Nos. PCE-81416 and PCE-81420, La Verne, CA, Barnett Investment Inc., 12/08/06
07-DEA-478723, $12,552.71 U.S. Currency, West Hollywood, CA, Alternative Herbal Health Services, 01/17/07
07-DEA-478755, $25,101.00 U.S. Currency, West Hollywood, CA, West Hollywood Caregivers Group, 01/18/07
07-DEA-478871, $773.00 U.S. Currency, Murrieta, CA, Smith, Todd Paul, 01/26/07
07-DEA-479150, (2) Assorted Jewelry, VL: $3,500.00, (1) Rolex Oyster Perpetual DATEJUST Watch, Ser No 5568/78360; (1) Ring, 18 kt. gold "W" ring, mens, Hacienda Heights, CA, Luu, Vincent P., 12/18/06

**EASTERN DISTRICT OF CALIFORNIA**
07-DEA-478391, 2006 Chrysler 300 Limited, 2C3KA53G06H145110, Sacramento, CA, Rudulph, Joanne Marie and Johnson, Cleo, 12/13/06
07-DEA-478854, $18,860.00 U.S. Currency, Lodi, CA, Cuevas,

07-DEA-478442, 2004 Ford Taurus Stationwagon, 1FAFP58S44A152619, Palos Heights, IL, Conley, Tameka, 12/14/06
07-DEA-478446, $20,000.00 U.S. Currency, Chicago, IL, Pannel, Gary Don, 01/05/07
07-DEA-478483, $25,000.00 U.S. Currency, Chicago, IL, Bryd, Timothy U., 01/05/07
07-DEA-478533, $33,040.00 U.S. Currency, Chicago, IL, Arevalo, Carmen Jacquez, 01/04/07
07-DEA-478617, $10,580.00 U.S. Currency, Chicago, IL, Berland, Saul Jose, 01/23/07
07-DEA-478258, $6,491.00 U.S. Currency, Ullin, IL, Lewis, Katie, 01/09/07

**SOUTHERN DISTRICT OF ILLINOIS**
07-DEA-478582, $23,100.00 U.S. Currency, Waterloo, IL, Jenkins Jr., Roger A., 01/12/07
07-DEA-478684, $11,430.00 U.S. Currency, East St. Louis, IL, Thomas, Jamil F., 01/11/07
07-DEA-478888, 1999 Chrysler Town & Country Mini-Van, 1C4GP64LXXB727968, Belleville, IL, Medina, Audel and Castro, Guillermo, 01/26/07
07-DEA-479025, $9,714.14 U.S. Currency, Washington Park, IL, Gibbs, Maurice M. AKA Gibbs, Reese, 01/31/07
07-DEA-479155, $251,232.00 U.S. Currency, Collinsville, IL, Johnson, Terrance Shane, 02/08/07

**NORTHERN DISTRICT OF INDIANA**
07-DEA-478192, $142,580.00 U.S. Currency, South Bend, IN, Zubiri, Rene, 01/04/07
07-DEA-478636, $154,475.00 U.S. Currency, South Bend, IN, South Bend Police Department, 01/23/07

**SOUTHERN DISTRICT OF INDIANA**
07-DEA-478630, $15,660.00 U.S. Currency, Alexandria, IN, Kendall, Donald, 01/12/07
07-DEA-478762, $19,100.00 U.S. Currency, Ferdinand, IN, Harris, Shanikka, 01/15/07
07-DEA-478857, $16,500.00 U.S. Currency, Indianapolis, IN, Soto, Eden, 01/19/07
07-DEA-478887, 2003 Hummer H2, 5GRGN23U73H103026, Indianapolis, IN, Burpo, Steve, 01/19/07
07-DEA-479115, 2000 Chevrolet Tahoe LT, 1GNEK13TXYJ108523, Indianapolis, IN, Gutierrez, Alfredo, 01/25/07

**DISTRICT OF KANSAS**
07-DEA-478652, 2003 Land Rover Discovery, SALTL16403A813558, Goddland, KS, Valdez, Daniel Russell, 01/20/07

**EASTERN DISTRICT OF KENTUCKY**
07-DEA-478704, $79,970.00 U.S. Currency, Florence, KY, Aranda, Martin and Mancini, Ralph, 11/25/06
07-DEA-478444, (2) Assorted Weapons, (1) Savage Arms Model 220 Single Shot Shotgun, Ser No GG177; (1) Phoenix Arms Model 25 .22 semi-auto Pistol, six .25 caliber bullets, Ser No 3018816, VL: $115.00, Richmond, KY, Matthews, Moss G., 01/17/07

**WESTERN DISTRICT OF KENTUCKY**
07-DEA-478536, 1992 Dodge Ram Truck and 20'Flatbed Trailer, (1) 20' hmde flatbed trailer, steel frame, wooden, Ser No TX Lic #66YPWN; (1) 1992 Dodge Ram pickup truck, diesel, Ser No VIN3B7ME33C7NM532392, Russellville, KY, Cesar-Garcia, Julio, 01/19/07
07-DEA-478556, $27,980.00 U.S. Currency, Louisville, KY, Calloway, Ricky AKA Calloway, Rickey R., 01/18/07
07-DEA-479001, 2002 PNC Bank, Account #3009814143, VL: $4,583.11, Louisville, KY, Calloway, Ricky AKA Calloway, Rickey R., 01/31/07
07-DEA-479001, 2002 PNC Bank, Account #3009743306, VL: $2,148.04, Louisville, KY, Jeffries, Ronald AKA Jefferies, Ronald A. Jeffries, Ronald Eugene AKA Jeffries, Ronald E., 01/31/07

**DISTRICT OF MASSACHUSETTS**
07-DEA-478740, $21,149.00 U.S. Currency, Boston, MA, Kalil, Stephen, 12/27/06
07-DEA-478883, $5,705.00 U.S. Currency, Woburn, MA, Guerin, Dennis, 01/23/07
07-DEA-478916, $3,000.00 U.S. Currency, Revere, MA, Tran, Nu Thi, 12/13/06

**DISTRICT OF MARYLAND**
07-DEA-478386, Assorted Computer Equipment; VL: $5,245.00, (1) Acer Ferrari 400, Model No. ZF3, Ser No. LXFR40603554309AA; (1) Power Mac G-5, Model No A1047, Ser No J5525013YSMJC; (1) Power Mac G-4, Model No M8493, Ser No X82070FLMK9; Silver Spring, MD, Hess, Stevert Edward and Hawkins, Mark Anthony, 01/05/07
07-DEA-478404, $52,560.00 U.S. Currency, Baltimore, MD, Philpotts, Damian, 01/19/07
07-DEA-478417, $50,000.00 U.S. Currency, Upper Marlboro, MD, Taylor, Warren, 01/19/07
07-DEA-478512, $2,145.00 U.S. Currency, Baltimore, MD, Garrison, Dedric Christopher AKA Garrison, Christophe Dedric

Money Orders, Ser Nos. 08-555516663; 08-555516664; 08-606873835; 06-644714672; 08-644714673; 08-623040989; 623040990; 08-611299561; 08-611299562, Albuquerque, N Haughton, Ishmael Anthony, 01/21/07
07-DEA-479234, 2004 Jeep Liberty, 1J4GL48K64W260578 Puerco, NM, Ruiz-Arellano, Sergio, 02/01/07

**DISTRICT OF NEVADA**
07-DEA-477319, $11,205.00 U.S. Currency, Las Vegas, NV Nixon, Zaneta Maheatani, 12/12/06
07-DEA-477237, $10,300.00 U.S. Currency, Las Vegas, NV Torres, Rachel Kailani, 12/12/06
07-DEA-478849, $830.00 U.S. Currency, Sparks, NV, Agua Rudolfo, 01/18/07

**EASTERN DISTRICT OF NEW YORK**
07-DEA-478449, $46,950.00 U.S. Currency, Fresh Meadow Amaya, Alexander, 01/19/07
07-DEA-478602, $11,430.00 U.S. Currency, Glen Oaks, NY Petrone, Joseph, 01/24/07
07-DEA-478676, $8,890.00 U.S. Currency, East Elmhurst, N Mendez, William Humberto, 01/11/07
07-DEA-478777, $39,700.00 U.S. Currency, Bayside, NY, R Oscar, 01/26/07
07-DEA-478779, $16,700.00 U.S. Currency, East Elmhurst, Mendez, William Humberto, 01/11/07
07-DEA-478784, $84,650.00 U.S. Currency, East Elmhurst, Mendez, William Humberto, 01/11/07
07-DEA-478791, $19,650.00 U.S. Currency, Whitestone, NY Acosta-Olaya, Gabriel, 01/17/07
07-DEA-478816, $5,062.00 U.S. Currency, Little Neck, NY, Yu Fei, 01/24/07
07-DEA-478903, 2003 Nissan Altima, 1N4AL11D83C18378 Fresh Meadows, NY, Amaya, Alexander, 01/19/07
07-DEA-478933, 1998 Acura RL, JH4KA9657CG06566, Jamaica, NY, Bravo-Calderon, Peter F., 01/18/07
07-DEA-478939, 2005 Porche Cayanne, WP1AB29P75LA6 Flushing, NY, Lam, Yu Fei, 01/24/07
07-DEA-479104, $6,000.00 U.S. Currency, Jamaica, NY, Br Gregory, 01/30/07
07-DEA-479126, $36,292.00 U.S. Currency, Queens, NY, Abruzzo, Vincent, 01/08/07

**NORTHERN DISTRICT OF NEW YORK**
07-DEA-478496, $5,860.00 U.S. Currency, Hogansburg, NY Montour, Kane T., 01/16/07
07-DEA-478950, $7,850.00 U.S. Currency, Glens Falls, NY, Parker, Gregory, 01/11/07
07-DEA-478960, $5,271.00 U.S. Currency, Glens Falls, NY, Parker, Rose, 01/11/07
07-DEA-478932, $2,150.00 U.S. Currency, Lake George, N O'Doll, Terry, 01/17/07

**SOUTHERN DISTRICT OF NEW YORK**
07-DEA-477932, $23,422.25 U.S. Currency, Newburgh, NY, Brophy, William M., 01/31/07
07-DEA-478133, $17,858.00 U.S. Currency, New York, NY, Gregory, 01/09/07

**NORTHERN DISTRICT OF OHIO**
07-DEA-478557, $17,034.00 U.S. Currency, Cleveland, OH, Henderson, Carl AKA Campbell, Raylorce AKA Campbell, Ty AKA Fisher, Devon AKA Henderson, Carl B. AKA Henderson Bernard AKA Henderson, Dola AKA Lo, Ray AKA Williams, Anthony D. and Madden, Tekora AKA Madden, Jekora AKA Madden, Tekora Sharice, 01/11/07
07-DEA-478644, 2002 Chevrolet Venture, 1GNDX03E22D198877, Maple Heights, OH, Taylor, Gerald / James, Gerald AKA Taylor, Gerald Jason AKA Taylor, Jason Gerald AKA James, Gerald Jason and Henderson, Carl AKA Campbell, Raylorce AKA Campbell, Tyran AKA Fisher, Devo AKA Henderson, Carl B. AKA Henderson, Carl Bernard AKA Henderson, Dola AKA Lo, Ray AKA Williams, Anthony D., 01/11/07
07-DEA-478656, $39,871.00 U.S. Currency, Seven Hills, OH Madden, Tekora AKA Madden, Jekora AKA Madden, Tekora Sharice and Henderson, Carl AKA Campbell, Raylorce AKA Campbell, Tyran AKA Fisher, Devon AKA Henderson, Carl B. Henderson, Carl Bernard AKA Henderson, Dola AKA Lo, Ray Williams, Anthony D., 01/11/07
07-DEA-478677, $50,020.00 U.S. Currency, Cleveland, OH, Jones, Clinique AKA Jones, Connie, 01/12/07
07-DEA-478716, $29,050.00 U.S. Currency, Cleveland, OH, Jones, Clinique AKA Jones, Connie, 01/12/07
07-DEA-478736, $8,569.00 U.S. Currency, Warren, OH, Car Jr., John H. AKA Canty Jr., John Houston AKA Canty, John A Canty, John H. AKA Canty John Houston AKA Canty, John Huston AKA Canty, Yankee AKA Smith-Canty, John AKA Smi John, 01/24/07
07-DEA-478758, $2,484.00 U.S. Currency, Cleveland, OH, Escort, Rico A AKA Escort, Rico D. AKA Escortt, Rico Dwayne 01/26/07

**EASTERN DISTRICT OF PENNSYLVANIA**

Guerrero-Acosta, Jose, 01/18/07

07-DEA-476555, 1999 GMC Sierra Truck, 1GTEK14T1XZ504833, Stanley, CO, Garcia-Wharton, Christopher, 01/18/07

**DISTRICT OF CONNECTICUT**

07-DEA-475861, 2004 Chevrolet Silverado, 2GCEK19V141146678, New Milford, CT, Flores-Ceron, Julio Rudolpho, 11/13/06

07-DEA-475881, $7,645.00 U.S. Currency, New Milford, CT, Flores-Ceron, Julio Rudolpho, 11/13/06

07-DEA-476743, $1,802.00 U.S. Currency, New Milford, CT, Flores-Ceron, Julio Rudolpho, 11/13/06

**DISTRICT OF COLUMBIA**

07-DEA-478506, $6,075.00 U.S. Currency, Washington, DC, Cousins, Armando Jamaal AKA Cousin, Armando AKA Cousins, Armando-Jamaal AKA Cousins, Armondo AKA Jones, Andrea, 01/17/07

**MIDDLE DISTRICT OF FLORIDA**

06-DEA-474178, $188,000.00 U.S. Currency, Orange County, FL, Balladeros-Ortiz, Johnny, 09/27/06

07-DEA-476854, $2,075.00 U.S. Currency, St. Augustine, FL, Santana-Ortuno, Jose Isabel, 01/16/07

07-DEA-476692, $9,000.00 U.S. Currency, Wildwood, FL, Hernandez, Stephen, 01/19/07

07-DEA-476980, 1995 Chevrolet Monte Carlo Z3, 2G1WX12K3S9332439, Jacksonville, FL, Roano, Jesus, 01/14/07

**NORTHERN DISTRICT OF FLORIDA**

06-DEA-473833, $200,104.00 U.S. Currency, Gainesville, FL, Aleman-Mederos, Juan, 09/27/06

07-DEA-476875, $5,003.00 U.S. Currency, Panama City, FL, Moore, Martin Brandon, 01/19/07

**SOUTHERN DISTRICT OF FLORIDA**

07-DEA-477338, 2007 Mercedes Benz GL450, 4JGBF71E47A159980, Miami, FL, Quinones, Antonio, 12/21/06

07-DEA-477612, Assorted Weapons, VL: $865.00; (1) .38 Smith & Wesson SPL Hand Gun, Ser No CMP5244; (2) One North American Arms .22 caliber magnum revolver, Ser No Z18680, Miami, FL, Quinones, Antonio, 12/21/06

07-DEA-477653, Wachovia Bank, Account #2000022741860, VL: $6,031.61, Pompano Beach, FL, Antonio Quinones and 147 Avenue Homes, Inc., 12/21/06

07-DEA-477655, Wachovia Bank, Account #2000022741851, VL: $92,654.14, Pompano Beach, FL, Antonio Quinones and Lexa Investments, Corp., 12/21/06

07-DEA-477656, Wachovia Bank, Account #2000027419070, VL: $5,766.21, Pompano Beach, FL, Antonio Quinones and 147 Avenue Homes Phase III Inc., 12/21/06

07-DEA-477661, Wachovia Bank, Account #1010028242172, VL: $25,767.68, Pompano Beach, FL, Quinones, Antonio, 12/21/06

07-DEA-477668, Wachovia Bank, Account #2000027404218, VL: $17,947.48, Pompano Beach, FL, Antonio Quinones and 147 Avenue Homes Phase II Inc., 12/21/06

07-DEA-478368, $3,315.00 U.S. Currency, Miami, FL, Toledo-Lima, Andres, 12/15/06

07-DEA-476387, 1995 Utility Trailer Mfg Co. Van, 1UYVS2480SM587602, Hialeah, FL, Pujols, Donald, 12/07/06

07-DEA-478392, 1997 Freightliner Tractor Truck, 2FUYDSEB3VA617068, Hialeah, FL, Pujols, Donald, 12/07/06

07-DEA-478394, 1994 Freightliner Tractor Truck, 1FUYDSEB8RH539969, Hialeah, FL, Pujols, Donald, 12/07/06

07-DEA-478406, $6,692.00 U.S. Currency, West Palm Beach, FL, Renteria-Rivas, Naborina, 01/09/07

07-DEA-478412, 1995 Great Dane Straight Trailer, 1GRAA9629SS029413, Hialeah, FL, Pujols, Donald, 12/07/06

07-DEA-478420, 1989 Utility Mfg Co. Semi Trailer, 1UYVS2482KU147218, Hialeah, FL, Pujols, Donald, 12/07/06

07-DEA-478438, 1995 Freightliner Tractor Truck, 2FUYDEDB4SA649414, Hialeah, FL, Reyes-Garcia, Raul, 12/07/06

07-DEA-478741, $39,000.00 U.S. Currency, West Palm Beach, FL, Martinez Jr., Constantino AKA Martinez-Hernandez, Francisco AKA Martinez, Francisco AKA Martinez, Hernandez, 01/06/07

07-DEA-478753, $6,148.00 U.S. Currency, West Palm Beach, FL, Renteria-Rivas, Martin, 01/06/07

07-DEA-478907, $9,000.00 U.S. Currency, Miami, FL, Leon-Rodriguez, Milagros, 01/29/07

07-DEA-478951, Smith and Wesson 39-2 Semi-Automatic Pistol, Ser No A427313, VL: $1.00, Fort Lauderdale, FL, Jean-Baptiste, Kevin AKA Bastele, Kelvin AKA Jean-Baptiste, Kelvin, 12/12/06

07-DEA-478957, Stevens 12 Gauge Shotgun with Laser Sight, Ser No None, VL: $1.00, Fort Lauderdale, FL, Jean-Baptiste, Kevin AKA Bastele, Kelvin AKA Jean-Baptiste, Kelvin, 12/12/06

07-DEA-478989, $45,000.00 U.S. Currency, Boynton Beach, FL, Turner, Gregory Randall, 01/31/07

07-DEA-479023, $11,710.00 U.S. Currency, West Palm Beach, FL, Maldonado, Ofelia Lalma, 01/06/07

**MIDDLE DISTRICT OF GEORGIA**

07-DEA-477628, $3,960.00 U.S. Currency, Greensboro, GA, Pinckney, Demisean Lamont, 02/05/07

**NORTHERN DISTRICT OF GEORGIA**

07-DEA-477598, $181,070.00 U.S. Currency, Atlanta, GA, Salazar-Vazquez, Gerardo, 12/08/06

07-DEA-478439, 2004 Ford F-350, 1FTWW33P24ED05799, Austell, GA, James, Jeneiro Lamar AKA Bailey, Kevin Marlon AKA Greer, Daryl Lamont AKA Major, Roger D. AKA Mitchell, Don Carlos, 01/03/07

07-DEA-478521, $12,500.00 U.S. Currency, Doraville, GA, Medel, Luis A., 01/23/07

07-DEA-478525, $16,600.00 U.S. Currency, Atlanta, GA, Contreras-Castaneda, Maricela Pulido, 01/23/07

07-DEA-478546, $10,469.00 U.S. Currency, Atlanta, GA, Gomez, Israel Rivas, 01/16/07

07-DEA-478566, $24,848.00 U.S. Currency, Decatur, GA, Carter, Darrell Orlando, 01/25/07

07-DEA-478649, $9,190.00 U.S. Currency, Stockbridge, GA, Smith, Shamal Alexander, 01/19/07

07-DEA-478659, $19,790.00 U.S. Currency, Atlanta, GA, Saggus, Rico Andre AKA Saggus, Rico Aundre, 01/25/07

07-DEA-478953, $58,499.00 U.S. Currency, Carrollton, GA, Deleon, Daniel and Martinez Jr., Jose Luis, 01/20/07

07-DEA-477877, $10,540.00 U.S. Currency, Alpharetta, GA,

Jordan, Fred, 01/05/07

07-DEA-478636, $9,090.00 U.S. Currency, West Bloomfield, MI, Durdel, Children, 01/06/07

07-DEA-478642, $624.00 U.S. Currency, Farmington Hills, MI, Rabban, Randy A., 01/08/07

07-DEA-478665, Assorted Weapons, VL: $950.00; (1) Taurus PT92 AF 9mm Pistol, Ser No 181637; (1) Ithaca Double Barrel Shotgun, Ser No 216087; (1) Magtech Rifle, Model 7022, Caliber 22LR, Ser No E067914; (1) Winchester Shotgun, Model 1400 MKII, Ser No N668971, Desoto, TX, Arredondo, John, 01/16/07

07-DEA-478640, $6,335.00 U.S. Currency, Detroit, MI, Lewis, Connie Bernard and Jones, Kelvin Antonio AKA K AKA Henderson, Henry AKA Jones, Kelvin, 01/21/07

07-DEA-478841, $50,000.00 U.S. Currency, Mt. Morris, MI, Rauschenberger, Aaron Edward and Rauschenberger, Lori Hope, 01/25/07

**DISTRICT OF MINNESOTA**

06-DEA-477621, $10,450.00 U.S. Currency, Maple Plain, MN, Enwen, Richard Louis, 12/02/06

07-DEA-478399, $391,060.00 U.S. Currency, Plymouth, MN, Realiza-Sandoval, Jose Luis, 01/14/07

07-DEA-478593, $37,440.00 U.S. Currency, Freeborn County, MN, Barrera, Gabino Santana, 01/25/07

**EASTERN DISTRICT OF MISSOURI**

07-DEA-478798, $105,014.00 U.S. Currency, St. Louis, MO, Mccottrell, Louis, 01/18/07

07-DEA-478861, $3,685.00 U.S. Currency, St. Louis, MO, Holmes, Levegarano, 01/18/07

07-DEA-478912, (10) Western Union Money Orders, VL: $6,000.00, Ser No. 08-403703184; 08-403703185; 08-403703186; 08-403703187; 08-560165259; 08-560165260; 08-560165261 08-560165262; 08-679760400; 08-679760401, Earth City, MO, Woods, James, 01/19/07

07-DEA-478927, $2,275.00 U.S. Currency, Dexter, MO, Hunsperger, Larry Dean, 01/25/07

07-DEA-479058, 1999 Jeep Grand Cherokee, 1J4GZ58S5XC517163, Fenton, MO, Gonzales, Ruben, 02/01/07

07-DEA-479069, $2,201.00 U.S. Currency, Cape Girardeau, MO, Taylor, Ashlea, 02/06/07

**NORTHERN DISTRICT OF MISSISSIPPI**

07-DEA-478613, $4,848.00 U.S. Currency, Oxford, MS, Ahmed, Hassen Mohammed, 01/23/07

07-DEA-478877, $6,116.39 U.S. Currency, Horn Lake, MS, Aziz, Mohammed, 01/20/07

07-DEA-478913, $2,000.00 U.S. Currency, Horn Lake, MS, Agraa, Mohammed, 01/20/07

**SOUTHERN DISTRICT OF MISSISSIPPI**

07-DEA-478890, $107,600.00 U.S. Currency, Gulfport, MS, Garcia, Lucas Conejo, 01/24/07

**EASTERN DISTRICT OF NORTH CAROLINA**

07-DEA-478352, $350,000.00 U.S. Currency, Wilmington, NC, Lovitt, Dale, 01/13/07

07-DEA-478358, $100,000.00 U.S. Currency, Wilmington, NC, Lovitt, Rae, 01/13/07

07-DEA-478471, $6,496.00 U.S. Currency, Wilmington, NC, Cruz, Maria Guadalupe AKA Sotelo, Maria Guadalupe, 01/03/07

07-DEA-478483, $7,963.00 U.S. Currency, Raleigh, NC, Holder, Emoni Tiesette, 01/22/07

07-DEA-478502, $5,050.00 U.S. Currency, Raleigh, NC, Jolly, Donnis Maurice, 01/22/07

07-DEA-478684, 2006 Boston Whaler with Trailer, (1) 2006 Boston Whaler, Ser No BWCE20374A506; and (1) Rolls Axle L.C. Tandem Trailer, Ser No 06W24707 14998, Wilmington, NC, Russo, Andrew Thomas, 01/11/07

07-DEA-478896, RBC Centura Bank, Account #0753138573, VL: $223.00, Rocky Mount, NC, Winstead, Brandon, 01/11/07

07-DEA-478897, $3,431.00 U.S. Currency, Zebulon, NC, Adams, Travis Lamont, 01/31/07

07-DEA-478909, 2006 Nissan 350Z, JN1AZ36A86M450804, Wilmington, NC, Leborgne, Dennis, 01/11/07

07-DEA-478964, 2006 Mercedes-Benz CL555, WDDDJ76X86A044900, Wilmington, NC, Leborgne, Dennis, 01/11/07

07-DEA-479003, $25,000.00 U.S. Currency, Benson, NC, Legon, Hector Gomez, 02/01/07

07-DEA-479015, $1,600.00 U.S. Currency, Fayetteville, NC, Toirac, Rogelio P. and Mendez-Rabaza, Miguel Angel, 01/22/07

07-DEA-479298, $7,639.00 U.S. Currency, Hampstead, NC, Mayers, Kwan, 02/12/07

**MIDDLE DISTRICT OF NORTH CAROLINA**

07-DEA-478479, $2,122.00 U.S. Currency, Greensboro, NC, Ireland, Victor Tyrone, 01/22/07

07-DEA-478527, $25,000.00 U.S. Currency, Asheboro, NC, Jimenez, Orlando Alfredo, 01/24/07

07-DEA-478792, 2004 Chevrolet Avalanche, 3GNEC12T34G159111, Lexington, NC, Varner Jr., Wendell Webster, 01/24/07

07-DEA-478802, $3,566.00 U.S. Currency, Asheboro, NC, Howell, Ryan James and Shipley, Elijah Daniel, 02/01/07

07-DEA-479024, $7,240.00 U.S. Currency, Mebane, NC, Flynt, John Richard, 02/05/07

07-DEA-479034, $3,189.00 U.S. Currency, Greensboro, NC, Lawary, Spencer Lamont, 02/05/07

07-DEA-479356, $10,100.00 U.S. Currency, Sanford, NC, Castillo-Perez, Fernando and Santamaria, Emiliano Chico, 02/13/07

**WESTERN DISTRICT OF NORTH CAROLINA**

07-DEA-478491, $7,693.00 U.S. Currency, Charlotte, NC, Campbell, Darryl Terrel, 01/25/07

07-DEA-479404, $4,000.00 U.S. Currency, Asheville, NC, Bouchey, Ronald George and Bouchey, Susan, 02/08/07

**DISTRICT OF NEBRASKA**

07-DEA-478735, $314,755.00 U.S. Currency, Lancaster County, NE, Gastelum-Matienzo, Luis Carlos, 01/16/07

07-DEA-478981, 2005 Pontiac Grand AM SE, 1G2NE52E45M142451, Schuyler, NE, Palmateer, Steven, 01/31/07

**DISTRICT OF NEW HAMPSHIRE**

07-DEA-478755, $5,907.76 U.S. Currency, Manchester, NH, Vasquez, Albert, 01/25/07

**DISTRICT OF NEW JERSEY**

07-DEA-478455, $10,420.00 U.S. Currency, East Bruswick, NJ, Manoloff-Junez, Jose Luis, 01/22/07

Mendoza-Benitez, Deiciab, 01/11/07

07-DEA-478895, $22,873.00 U.S. Currency, Orange, TX, Kyle, Ricardo Daniel and Kyle, Kevin Troy and Day, Terry Jerrod, 02/01/07

**NORTHERN DISTRICT OF TEXAS**

07-DEA-478605, Assorted Weapons, VL: $550.00; (1) Taurus PT92 AF 9mm Pistol, Ser No 181637; (1) Ithaca Double Barrel Shotgun, Ser No 216087; (1) Magtech Rifle, Model 7022, Caliber 22LR, Ser No E067914; (1) Winchester Shotgun, Model 1400 MKII, Ser No N668971, Desoto, TX, Arredondo, John, 01/16/07

07-DEA-478608, $6,235.00 U.S. Currency, Ennis, TX, Rodriguez, Angel, 01/17/07

07-DEA-478607, Assorted Weapons, VL: $452.00, (1) Mossberg 835 "ULTI-MAG" 12 Gauge Shotgun, Ser No UM644118; (1) Stevens Model 62 .22 Caliber Rifle with Tasco Scope, Ser No 0447902, Ennis, TX, Rodriguez, Angel, 01/17/07

07-DEA-478658, $1,940.00 U.S. Currency, Desoto, TX, Arredondo, John, 01/16/07

07-DEA-478714, $5,500.00 U.S. Currency, Arlington, TX, Tieu, Tho My, 01/22/07

**SOUTHERN DISTRICT OF TEXAS**

07-DEA-478632, 2001 Ford Sport Trac PJU, 1FMZU67E71UC07345, Hebbronville, TX, Aguilar, Adrian, 01/19/07

07-DEA-478650, $100.00 U.S. Currency, Brownsville, TX, Unidentified, 01/19/07

07-DEA-478711, $44,700.00 U.S. Currency, McAllen, TX, Garfias, Rafael, 01/22/07

07-DEA-478722, Bank of Texas Cashier's Check, VL: $5,000.00, 3G4AG55M4RS614494, Freer, TX, Rocha-Lumbreras, Edgar Hugo Hylde, 01/27/07

07-DEA-478846, $5,000.00 U.S. Currency, Laredo, TX, De Leon Jr., Gregorio, 01/29/07

07-DEA-478858, $5,000.00 U.S. Currency, Freer, TX, Rocha Lumbreras, Edgar Hugo Hylde, 01/27/07

07-DEA-479064, 1996 Freightliner Tractor, 1FUYDZYB3TP814441, Falfurrias, TX, Roel, Gustavo, 01/17/07

07-DEA-478966, $100,200.00 U.S. Currency in Safe Deposit Box #105, Citibank, Katy, TX, Mendez, William Humberto, 01/25/07

07-DEA-478967, 1996 Freightlir Tractor, 1XP5DR8XXTD396191, Santa, TX, Cortez, Juan, 01/17/07

07-DEA-479007, 1996 Utility Trailer, 1UYVS2489TM574106, Santa, TX, Cortez, Juan, 01/17/07

07-DEA-479017, 1996 Mercury Villager, 4M2DV11W8TDJ14122, Santa, TX, Arroyo, David, 01/17/07

07-DEA-479030, 1996 Utility Cargo Trailer, 1UYVS2531TP737364, Laredo, TX, Salinas Jr, Amador, 01/30/07

07-DEA-479105, $3,241.00 U.S. Currency, Laredo, TX, Burgess, Patrick Lee, 01/26/07

07-DEA-479113, Lorcin Model L9MM Caliber Semi Automatic Pistol, Ser No L034587, VL: $85.00, Brownsville, TX, Cuello Jr., Gilberto, 02/01/07

07-DEA-479205, 2002 Ford Focus SE, 1FAFP34P52W349522, Laredo, TX, Herrera, Angel, 02/04/07

**WESTERN DISTRICT OF TEXAS**

06-DEA-460891, $12,000.00 U.S. Currency, Vinton, TX, Unidentified, 12/04/05

07-DEA-475932, $11,178.00 U.S. Currency, Austin, TX, Fajardo-Palominos, Angel AKA Palominos, Angel Fajardo, 11/13/06

07-DEA-478451, $3,000.00 U.S. Currency, Odessa, TX, Montoya, Jesse, 01/17/07

07-DEA-478475, $9,136.00 U.S. Currency, Kermit, TX, Hernandez, Gerardo Rodriguez, 01/16/07

07-DEA-478504, $2,230.75 U.S. Currency, Marfa, TX, Medina, Martin Jose, 01/15/07

07-DEA-478603, $1,585.00 U.S. Currency, Ft. Stockton, TX, Hernandez-Maixinas, Hipolito, 01/23/07

07-DEA-478619, $1,640.00 U.S. Currency, Ft. Stockton, TX, Mendivil-Salmeron, Juan Leopoldo, 01/23/07

07-DEA-478626, $3,100.00 U.S. Currency, Guadalupe, TX, Torres-Osuna, Guadalupe, 01/23/07

07-DEA-478787, $58,380.00 U.S. Currency, Austin, TX, Dominguez-Hernandez, Dalia and Reza-Carabajal, Celia, 01/25/07

07-DEA-478790, $9,752.00 U.S. Currency, Austin, TX, Reza-Carabajal, Celia, 01/25/07

07-DEA-478792, $2,439.00 U.S. Currency, Austin, TX, Benitez-Benitez, David, 01/25/07

07-DEA-478796, $2,802.00 U.S. Currency, Austin, TX, Maldonado, Cesar Jonara, 01/25/07

07-DEA-478843, $1,400.00 U.S. Currency, Austin, TX, Jaimes-Bacilio, Joel AKA Jaimes, Joel, 01/25/07

07-DEA-478991, $139,020.00 U.S. Currency, Sierra Blanca, TX, Hong, June Young, 01/26/07

07-DEA-479019, 2006 Dodge 2500 SLT Sport, 1D7HA16286J190072, El Paso, TX, Lopez-Saenz, Edgar Gonzalo, 01/29/07

07-DEA-479015, 1999 Chevrolet Tahoe SUV, 1GNEC13R2XJ384209, Eagle Pass, TX, Castillo-Gomez, Carl, 01/28/07

**EASTERN DISTRICT OF VIRGINIA**

07-DEA-478609, 2005 Toyota Camry, 4T1BE30K75U615959, Ashburn, VA, Voght, Donald Eugene, 01/15/07

**WESTERN DISTRICT OF VIRGINIA**

07-DEA-478771, $8,000.00 U.S. Currency, Martinsville, VA, H Kenneth Matthew AKA Cooper, Aaron AKA Cooper, Kevin AKA Do, Ken AKA Hall Jr., Kenneth Mack AKA Hull, Kenneth AKA Williams, Larry, 01/19/07

**DISTRICT OF VIRGIN ISLANDS**

07-DEA-478734, $2,767.00 U.S. Currency, Christiansted, VI, Davis, Launisia, 02/02/07

**DISTRICT OF VERMONT**

07-DEA-478634, (7) U.S. Postal Money Orders, VL: $4,700.00, Ser Nos. 10379917416; 10379917405; 10398427198; 10398427200; 10398427211; 10398427222; 10379917427, Hero, VT, Vanhazinga, John, 02/06/07

07-DEA-478641, $2,385.00 U.S. Currency, Springfield, VT, Heady, Fred, 01/25/07

**EASTERN DISTRICT OF WASHINGTON**

07-DEA-479258, 2006 Toyota Sienna Van,

*Monday, March 19, 2007*

# GAL NOTICE
# TTENTION

pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances ure Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, de of Federal Regulations, Part 9. Correspondence sent via private delivery must be sent to the Asset Forfeiture Section, Office of Operations Management, Drug or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with the Forfeiture Counsel of the ursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other correspondence y facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants r victims.

Nhgia Trong, 01/23/07

Nicacio

**EASTERN DISTRICT OF WISCONSIN**
07-DEA-478601, Assorted Jewelry, VL: $11,810.00, (1) Chain with
NY, Cross Pendant, Ser No None; (1) Man's Ice Tek Pave Classic
Chrono Watch, Ser No RD01/0610; (1) Ladies Diamond
(1) 14K white Engagement Ring, Ser No None; (1) Pair of Diamond Earrings,
ite gold Ser No None, Milwaukee, WI, Gold, Jason P, 01/05/07
gold diamond 07-DEA-478604, Assorted Jewelry, $11,780.00, (1) Multi Colored
er earrings Diamond Pendant/14kt white gold/28 princess cut diamonds, Ser
, 01/24/07 No None; (1) Fancy Link Chain/14kt stamped white gold with a
(1) Gents 18k solid, fancy link design/41"long, Ser No None; (1) Chain/14kt
ts Rolex stamped white gold with a ball and stick design/30" long, Ser No
hilippe None, Milwaukee, WI, Gold, Jason P, 01/16/07
Iceman 07-DEA-478746, $5,630.00 U.S. Currency, Milwaukee, WI,
sot watch Williams, Derrick, 01/26/07
no Marine 07-DEA-478925, $2,510.00 U.S. Currency, Milwaukee, WI,
watch model Johnson, Ahmad R, 02/01/07
ono 07-DEA-478930, $2,655.00 U.S. Currency, Milwaukee, WI,
ch model Clifton, Shamus D., 02/01/07
ch model 07-DEA-478965, $6,040.00 U.S. Currency, Campbellsport, WI,
Bentley model Medina-Perez, Carlos, 01/29/07
nder, 01/19/07 07-DEA-479046, Republic Arms .45 Semi-Automatic Hand Gun,
Deposit Box Ser No M001355, VL: $155.00, Milwaukee, WI, Cross, Marvin
a, Gabriel H., Ladale, 01/24/07
07-DEA-479062, $5,559.00 U.S. Currency, Milwaukee, WI,
Deposit Box Darnell, Tewan L., 01/24/07
ounty 07-DEA-479090, Assorted Firearms, VL: $125.00; (1) Hipoint, .45
1/22/07 caliber, semi-automatic handgun, Mode, Ser No X4166933; (1)
e, Hipoint, 9mm, semi-automatic handgun, Model C, Ser No
, Alexander, P037401, Milwaukee, WI, Darnell, Tewan L., 01/24/07
07-DEA-479135, $5,076.00 U.S. Currency, Racine, WI, Barker,
H109072, Desmond D., 02/07/07
07-DEA-479233, $3,196.00 U.S. Currency, West Bend, WI,
e, NY, Slomanski, Bruce E., 02/05/07
07-DEA-479277, 2006 Chrysler 300 Sedan,
emi- 2C3LA43R76H483202, West Bend, WI, Slominski, Adam,
Queens, NY, 02/05/07
07-DEA-479278, 2000 Pontiac Firebird Trans Am Coupe,
2G2FV22G6Y2157502, West Bend, WI, Slominski, Bruce E.,
r Vick, 02/05/07

**WESTERN DISTRICT OF WISCONSIN**
Y, Johnson, 07-DEA-478332, (50) American Express Traveler's Checks, VL:
$5,000.00, Ser No 434152630 thru 434152679, Town of Hamilton,
, NY, WI, Cevello, Gabriel A., 01/19/07
ane, 01/30/07 07-DEA-478929, $3,980.00 U.S. Currency, Madison, WI, Rogers,
E022228, Lenard T., 02/02/07
07-DEA-479095, $7,040.00 U.S. Currency, Madison, WI, Flynn,
, NY, Islam, Ivan L., 02/02/07

**SOUTHERN DISTRICT OF WEST VIRGINIA**
, NY, 07-DEA-478937, $4,031.00 U.S. Currency, Stollings, WV, Garland,
Rickie, 01/19/07
2007
Gallagher,

**SECOND NOTICE**
LAST DATE TO FILE APRIL 26, 2007
EX59208570, PLACE SEIZED, SEIZED FROM, DATE SEIZED

er, NY, **DISTRICT OF ALASKA**
07-DEA-478470, 1997 Thunder Jet Boat with 1996 Trailer, (1)
, NY, 1997 Thunder Jet Boat - Model Type Alexis, Ser No
AHQ100091697; and (1) 1996 Boat Trailer - Alaska License
, NY, Crespo, 7377RA (Year 20008), Ser No 1T9AS232IT1198320, Wasilla, AK,
Mcilvain, Patrick Kevin, 01/11/07
07-DEA-478589, Key Bank, Cashier's Check No. 732981876, VL:
, Frazier, $227,045.28, Anchorage, AK, Miu, Vin Tak, 01/22/07
07-DEA-478856, $2,400.00 U.S. Currency, Big Lake, AK, Carr,
m, NY, Steven F., 01/22/07

**MIDDLE DISTRICT OF ALABAMA**
07-DEA-478870, 2002 GMC Yukon Denali,
1GKEK63U02J340834, Montgomery, AL, Rayos Jr., Manuel,
Y, Leon, Jose 01/25/07
07-DEA-479078, Regions Bank, (5) Accounts, VL: $97,909.13, (1)
Y, Sang, Account in the name of Health Rx Marketing Account No
616853602, (1) Account in the name of Health Rx Marketing
Account No. 8310547818, (1) Account in the name of The Doctors
k, NY, Online, Inc. Account No. 8310370872, (1) Account in the name of
Elena C. Quinones Account No. 9601618867, (1) Account in the
name of Antonio R. Quinones Account Number 9601226344,
Y, Chester, Birmingham, AL, Quinones, Antonio, 12/21/06

**NORTHERN DISTRICT OF ALABAMA**
07-DEA-478642, 2005 Mercedes Benz, South Bend, IN,
n, NY, Arellano, Noe Castillo, 01/25/07
07-DEA-478683, $118,020.00 U.S. Currency, Irondale, AL,
Wilson, Artago, 01/25/07

**SOUTHERN DISTRICT OF ALABAMA**
ce R., 07-DEA-478730, (2) Firearms, VL: $519.00, (1) European
American Armory Witness .40 Caliber Semi-Automatic Pistol, Ser

FL, Maldonado, Ofelia Carina, 01/06/07

**MIDDLE DISTRICT OF GEORGIA**
07-DEA-477826, $3,960.00 U.S. Currency, Greensboro, GA,
Pinckney, Demeian Lamont, 01/11/07

**NORTHERN DISTRICT OF GEORGIA**
07-DEA-477598, $181,070.00 U.S. Currency, Atlanta, GA,
Salazar-Vazquez, Gerardo, 1/08/06
07-DEA-479439, 2004 Ford F-350, 1FTWW33P24ED05799,
Austell, GA, James, Jeneiro Lamar AKA Bailey, Kevin Marlon AKA
Greer, Daryl Lamont AKA Major, Roger D. AKA Mitchell, Don
Carlos, 01/03/07
07-DEA-478521, $12,500.00 U.S. Currency, Doraville, GA, Medel,
Luis A., 01/23/07
07-DEA-478529, $16,600.00 U.S. Currency, Atlanta, GA,
Contreras-Castaneda, Maricela Pulido, 01/23/07
07-DEA-478546, $10,469.00 U.S. Currency, Atlanta, GA, Gomez,
Israel Rivas, 01/16/07
07-DEA-478564, $24,848.00 U.S. Currency, Decatur, GA, Carter,
Darrell Orlando, 01/25/07
07-DEA-478585, $3,411.00 U.S. Currency, Stockbridge, GA,
Smith, Shamal Alexander, 01/19/07
07-DEA-478599, $19,790.00 U.S. Currency, Atlanta, GA, Saggus,
Rico Andre AKA Saggus, Rico Aundre, 01/25/07
07-DEA-478953, $58,499.00 U.S. Currency, Carrollton, GA,
Deleon, Daniel and Martinez Jr., Jose Luis, 01/20/07
07-DEA-478977, $10,540.00 U.S. Currency, Alpharetta, GA,
Rodriquez, Alan Duarte, 01/30/07
07-DEA-479089, $110,500.00 U.S. Currency, Atlanta, GA,
Petruca Jr., Charles Lawton, 01/22/07
07-DEA-479165, 18x8x7.5 Enclosed Tandem Axle Trailer, None,
Atlanta, GA, K'ang, Micah Ka'aona AKA Bertges, Ed, 12/16/06
07-DEA-479237, $37,135.00 U.S. Currency, Locust Grove, GA,
Ward, Reginald Lashun, 02/08/07
07-DEA-479315, Ruger P345 .45 Semi-Automatic Pistol, Ser No
664-45306, VL: $399.99, Austell, GA, Mora, Arlenny, 02/02/07

**SOUTHERN DISTRICT OF GEORGIA**
07-DEA-479191, $2,937.00 U.S. Currency, Keysville, GA, Palmer,
Ezumer, 02/01/07
07-DEA-479312, $50,005.00 U.S. Currency, Keysville, GA,
Palmer, Ezumer, 02/01/07

**DISTRICT OF HAWAII**
07-DEA-479023, $2,204.00 U.S. Currency, Honolulu, HI, Gouveia,
John Clifford, 01/30/07

**CENTRAL DISTRICT OF ILLINOIS**
07-DEA-479079, 1999 Mercedes-Benz ML430 Utility,
4JGAB72E8XA063265, Chatham, IL, Thompson, Michael E.,
01/25/07

**NORTHERN DISTRICT OF ILLINOIS**
07-DEA-478341, 2002 BMW 745 Li, WBAGN63472DR03417,
Elmhurst, IL, Loera, Cesar, 12/13/06
07-DEA-478373, 2003 BMW X5 3.0i, 5UXFA53593LV90986,
Elmhurst, IL, Santamaria-Lorenzana, Sandra, 12/13/06
07-DEA-478442, 2004 Ford Taurus Stationwagon,
1FAFP58S44A152619, Palos Heights, IL, Conley, Tameka,
12/14/06
07-DEA-478446, $20,000.00 U.S. Currency, Chicago, IL, Pannel,
Gary Don, 01/05/07
07-DEA-478483, $25,000.00 U.S. Currency, Chicago, IL, Bryd,
Timothy U., 01/05/07
07-DEA-478533, $3,040.00 U.S. Currency, Chicago, IL, Arevalo,
Carmen Jacquez, 01/04/07
07-DEA-478617, $10,580.00 U.S. Currency, Chicago, IL, Berland,
Said Jose, 01/23/07

**SOUTHERN DISTRICT OF ILLINOIS**
07-DEA-478258, $6,491.00 U.S. Currency, Ullin, IL, Lewis, Katie,
01/09/07
07-DEA-478562, $23,100.00 U.S. Currency, Waterloo, IL, Jenkins
Jr., Roger A., 01/12/07
07-DEA-478594, $1,218.00 U.S. Currency, East St. Louis, IL,
Thomas, Jamil F., 01/11/07
07-DEA-478888, 1999 Chrysler Town & Country Mini-Van,
1C4GP64L0XB727968, Belleville, IL, Medina, Audel and Castro,
Guillermo, 01/26/07
07-DEA-479025, $9,714.14 U.S. Currency, Washington Park, IL,
Gibbs, Maurice M. AKA Gibbs, Reese, 01/31/07
07-DEA-479155, $251,232.00 U.S. Currency, Collinsville, IL,
Johnson, Terrance Shane, 02/04/07

**NORTHERN DISTRICT OF INDIANA**
07-DEA-478182, $142,580.00 U.S. Currency, South Bend, IN,
Zubiri, Rene, 01/04/07
07-DEA-478638, $154,475.00 U.S. Currency, South Bend, IN,
South Bend Police Department, 01/23/07

**SOUTHERN DISTRICT OF INDIANA**
07-DEA-478335, $15,660.00 U.S. Currency, Alexandria, IN,
Kendall, Donald, 01/12/07
07-DEA-478762, $19,100.00 U.S. Currency, Ferdinand, IN,

Webster, 01/24/07
07-DEA-479006, $3,566.00 U.S. Currency, Asheboro, NC,
Howell, Ryan James and Shipley, Elijah Daniel, 02/01/07
07-DEA-479024, $7,240.00 U.S. Currency, Mebane, NC, Flynt,
John Richard, 02/05/07
07-DEA-479034, $3,189.00 U.S. Currency, Greensboro, NC,
Lawley, Spencer Lamont, 02/05/07
07-DEA-479355, $10,100.00 U.S. Currency, Sanford, NC,
Castillo-Perez, Fernando and Santamaria, Emiliano Chico,
02/13/07

**WESTERN DISTRICT OF NORTH CAROLINA**
07-DEA-477893, $7,893.00 U.S. Currency, Charlotte, NC,
Campbell, Darryl Terrel, 01/25/07
07-DEA-479404, $4,000.00 U.S. Currency, Asheville, NC,
Bouchey, Ronald George and Bouchey, Susan, 02/08/07

**DISTRICT OF NEBRASKA**
07-DEA-478735, $31,745.00 U.S. Currency, Lancaster County,
NE, Castellum-Valenzuela, Luis, 01/14/07
07-DEA-478981, 2005 Pontiac Grand AM SE,
1G2NE52F4M142451, Schuyler, NE, Palmateer, Steven,
01/31/07

**DISTRICT OF NEW HAMPSHIRE**
07-DEA-478579, $5,907.76 U.S. Currency, Manchester, NH,
Vasquez, Albert, 01/25/07

**DISTRICT OF NEW JERSEY**
07-DEA-478455, $10,400.00 U.S. Currency, East Brunswick, NJ,
The Estate of Marrero-Burgos, Jorge Luis, 01/22/07

**DISTRICT OF NEW MEXICO**
06-DEA-462799, $340,039.00 U.S. Currency, Texico, NM,
Debruhl, Miguel Angel, 01/27/06
07-DEA-478544, $113,750.00 U.S. Currency, Albuquerque, NM,
Haughton, Ishmael Anthony, 01/21/07
07-DEA-478555, $7,650.00 U.S. Currency, Albuquerque, NM,
Haughton, Ishmael Anthony, 01/21/07
07-DEA-478565, $11,100.00 U.S. Currency, Albuquerque, NM,
Atkinson, Errol Delroy, 01/21/07
07-DEA-478586, $1,900.00 U.S. Currency, Albuquerque, NM,
Atkinson, Errol Delroy, 01/21/07
07-DEA-478587, $17,655.00 U.S. Currency, Albuquerque, NM,
Humberto, Jesus, 01/09/07
07-DEA-478653, $31,900.00 U.S. Currency, Albuquerque, NM,
Trotter, Judy Ellin, 01/24/07
07-DEA-478750, $36,080.00 U.S. Currency, Bernalillo, NM, Avila,
Catalino, 01/17/07
07-DEA-478858, $18,680.00 U.S. Currency, Albuquerque, NM,
Gomez, Pedro, 01/25/07
07-DEA-479014, (25) Assorted Money Orders, VL: $25,000.00,
(16) Money Gram Money Orders, Ser Nos 49837137823;
49837137570; 49837137812; 49837137801; 49837137780;
49837137779; 49837137581; 48694320664; 48684459692;
48684459681; 48684459650; 48688482249; 48685537461;
48685537450; 48689240556; 48689240545; (9) Western Union
Money Orders, Ser Nos 08-655516653; 08-655516664; 08-
606873835; 08-644714672; 08-644714673; 08-623040989; 08-
623040990; 08-611299561; 08-611299562, Albuquerque, NM,
Haughton, Ishmael Anthony, 01/21/07
07-DEA-479234, 2004 Jeep Liberty, 1J4GL48K64W260578, Rio
Puerco, NM, Ruiz-Arellano, Sergio, 02/01/07

**DISTRICT OF NEVADA**
07-DEA-477319, $11,205.00 U.S. Currency, Las Vegas, NV,
Nixon, Zaranta Makaylatash, 12/12/06
07-DEA-477327, $10,300.00 U.S. Currency, Las Vegas, NV,
Torres, Rachel Kailani, 12/19/06
07-DEA-478849, $830.00 U.S. Currency, Sparks, NV, Aguas,
Rudolfo, 01/18/07

**EASTERN DISTRICT OF NEW YORK**
07-DEA-478449, $46,950.00 U.S. Currency, Fresh Meadows, NY,
Amaya, Alexander, 01/19/07
07-DEA-478602, $11,430.00 U.S. Currency, Glen Oaks, NY,
Petrone, Joseph, 01/24/07
07-DEA-478776, $9,890.00 U.S. Currency, East Elmhurst, NY,
Mendez, William Humberto, 01/11/07
07-DEA-478777, $39,700.00 U.S. Currency, Bayside, NY, Rios,
Oscar, 01/26/07
07-DEA-478779, $16,700.00 U.S. Currency, East Elmhurst, NY,
Mendez, William Humberto, 01/11/07
07-DEA-478784, $44,265.00 U.S. Currency, East Elmhurst, NY,
Mendez, William Humberto, 01/11/07
07-DEA-478791, $19,650.00 U.S. Currency, Whitestone, NY,
Acosta-Olaya, Gabriel, 01/17/07
07-DEA-478614, $17,000.00 U.S. Currency, Little Neck, NY, Lam,
Yu Fai, 01/24/07
07-DEA-478903, 2003 Nissan Altima, 1N4AL11D83C183787,
Fresh Meadows, NY, Amaya, Alexander, 01/19/07
07-DEA-478913, 1996 Acura RL, JH4KA9653TC006566,
Jamaica, NY, Bravo-Calderon, Peter F., 01/21/07

07-DEA-478723, $12,552.11 U.S. Currency, West Hollywood, CA, Alternative Herbal Health Services, 01/17/07

07-DEA-478755, $23,100.00 U.S. Currency, West Hollywood, CA, West Hollywood Caregivers Group, 01/18/07

07-DEA-478871, $773.00 U.S. Currency, Murrieta, CA, Smith, Todd Paul, 01/26/07

07-DEA-479150, (2) Assorted Jewelry, VL: $3,500.00, (1) Rolex Oyster Perpetual DATEJUST Watch, Ser No 556B/76360; (1) Ring, 18 kt. gold "W" ring, mens, Hacienda Heights, CA, Luu, Vincent P., 12/18/06

**EASTERN DISTRICT OF CALIFORNIA**

07-DEA-478391, 2006 Chrysler 300 Limited, 2C3KA53G06H145110, Sacramento, CA, Rudulph, Joanne Marie and Johnson, Cleo, 12/13/06

07-DEA-478854, $18,860.00 U.S. Currency, Lodi, CA, Cuevas, Rogelio Arias and Zaragoza, Oswaldo Villalan, 01/11/07

**NORTHERN DISTRICT OF CALIFORNIA**

07-DEA-477811, 2002 Yamaha YZ250-P Off-Road Motorcycle, JYACG12C82A005430, Hayward, CA, Squier, Shon Matthew, 12/12/06

07-DEA-478414, $32,180.00 U.S. Currency, Healdsburg, CA, Lindau, Ivan , 01/18/07

07-DEA-478432, $900.00 U.S. Currency, Healdsburg, CA, Lindau, Ivan, 01/18/07

07-DEA-478462, $1,668.00 U.S. Currency, East Palo Alto, CA, Madriz, Jeronimo, 12/18/06

07-DEA-478464, $10,000.00 U.S. Currency, Hayward, CA, Madriz, Jeronimo, 12/18/06

07-DEA-478509, $29,900.00 U.S. Currency, Oakland, CA, Tennenbaum, David, 01/12/07

07-DEA-478523, $21,000.00 U.S. Currency, Oakland, CA, Blank, Gregory, 01/12/07

**SOUTHERN DISTRICT OF CALIFORNIA**

07-DEA-477871, $16,080.00 U.S. Currency, Chula Vista, CA, Tucker, Kareem, 01/24/07

07-DEA-478311, $5,000.00 U.S. Currency, San Diego, CA, Bowman, Isaiah Aloha, 01/18/07

07-DEA-478374, $61,880.00 U.S. Currency, Calexico, CA, Cuevas Jr., Carlos AKA Cuevas, Charlie, 01/20/07

07-DEA-478376, $969,840.00 U.S. Currency, Calexico, CA, Urquiza, Jose Ismael, 01/20/07

07-DEA-478381, $7,575.00 U.S. Currency, El Centro, CA, Kaiser, Sergio Chavez, 01/20/ 07

07-DEA-478472, $12,270.00 U.S. Currency, Chula Vista, CA, Perez, Leon Jose, 01/23/07

07-DEA-478572, $1,026.00 U.S. Currency, San Diego, CA, Paton, Dylan Christopher, 01/24/07

07-DEA-478573, $26,111.00 U.S. Currency, San Diego, CA, Hubbs, Robert Burel, 01/25/07

07-DEA-478605, $107,549.00 U.S. Currency, Niland, CA, Perez, Noel and Guerrero, Robert, 01/25/07

**DISTRICT OF COLORADO**

07-DEA-478543, $82,900.00 U.S. Currency, Palisade, CO, Guerrero-Acosta, Jose, 01/18/07

07-DEA-478555, 1999 GMC Sierra Truck, 1GTEK14T1XZ504833, Sterling, CO, Garcia, Alejandro, 01/17/07

**DISTRICT OF CONNECTICUT**

07-DEA-478961, 2004 Chevrolet Silverado, 2GCEK19V141146678, New Milford, CT, Flores-Ceron, Julio Rudolpho, 11/13/06

07-DEA-475881, $7,645.00 U.S. Currency, New Milford, CT, Flores-Ceron, Julio Rudolfo, 11/13/06

07-DEA-479012.1, $1,802.00 U.S. Currency, New Milford, CT, Flores-Ceron, Julio Rudolpho, 11/13/06

**DISTRICT OF COLUMBIA**

07-DEA-478508, $6,075.00 U.S. Currency, Washington, DC, Cousins, Armando Jamaal AKA Cousin, Armando AKA Cousin, Armando Jamaal AKA Cousins, Armondo AKA Jones, Andrea, 01/25/07

**MIDDLE DISTRICT OF FLORIDA**

07-DEA-474178, $188,000.00 U.S. Currency, Orange County, FL, Balladeres-Ortiz, Johnny, 09/27/06

07-DEA-478534, $2,075.00 U.S. Currency, St. Augustine, FL, Santana-Ortuno, Jose Isabel, 01/16/07

07-DEA-478962, $9,000.00 U.S. Currency, Wildwood, FL, Hernandez, Stephen, 01/19/07

07-DEA-478980, 1995 Chevrolet Monte Carlo Z3, 2G1WX12X3S9332439, Jacksonville, FL, Roano, Jesus, 01/14/07

**NORTHERN DISTRICT OF FLORIDA**

07-DEA-478833, $200,104.00 U.S. Currency, Gainesville, FL, Aleman-Mederos, Juan, 09/27/06

07-DEA-478875, $5,000.00 U.S. Currency, Panama City, FL, Moore, Martin Brandon, 01/18/07

**SOUTHERN DISTRICT OF FLORIDA**

07-DEA-477538, 2007 Mercedes Benz GL450, 4JGBF71E47A150980, Miami, FL, Quinones, Antonio, 12/21/06

07-DEA-477612, Assorted Weapons, VL:$865.00, ( 1 ) .38 Smith & Wesson SPL Hand Gun, Ser No CAP5244; (2) One North American Arms .22 caliber magnum revolver, Ser No Z18680, Miami, FL, Quinones, Antonio, 12/21/06

07-DEA-477653, Wachovia Bank, Account #2000027418660, VL: $6,031.61, Pompano Beach, FL, Antonio Quinones and 147 Avenue Homes, Inc., 12/21/06

07-DEA-477655, Wachovia Bank, Account #2000027418851, VL: $92,654.14, Pompano Beach, FL, Antonio Quinones and Lexa Investments, Corp., 12/21/06

07-DEA-477656, Wachovia Bank, Account #2001249019070, VL: $5,766.21, Pompano Beach, FL, Antonio Quinones and 147 Avenue Homes Phase III Inc., 12/21/06

07-DEA-477661, Wachovia Bank, Account #1010028242172, VL: $25,767.68, Pompano Beach, FL, Quinones, Antonio, 12/21/06

07-DEA-477668, Wachovia Bank, Account #2000027404218, VL: $17,947.48, Pompano Beach, FL, Antonio Quinones and 147 Avenue Homes Phase II Inc., 12/21/06

07-DEA-478364, $3,315.00 U.S. Currency, Miami, FL, Toledo-Lima, Andres, 12/15/06

07-DEA-478387, 1995 Utility Trailer Mfg Co. Van,

07-DEA-478916, $3,000.00 U.S. Currency, Revere, MA, Tran, Nu Thi, 12/13/06

**DISTRICT OF MICHIGAN**

07-DEA-478386, Assorted Computer Equipment, VL: $5,245.00, (1) Acer Ferrari 400, Model No. ZF3, Ser No LXFR4060S54S439AA; (1) Power Mac G-4, Model No A1047, Ser No J5525013YSMJC; (1) Power Mac G-4, Model No M8493, Ser No XB2070FLMK9, Silver Spring, MD, Hess, Steven Edward and Hawkins, Mark Anthony, 01/05/07

07-DEA-478404, $52,560.00 U.S. Currency, Baltimore, MD, Philipots, Damian, 01/19/07

07-DEA-478417, $50,000.00 U.S. Currency, Upper Marlboro, MD, Taylor, Warrent, 01/17/07

07-DEA-478512, $2,145.00 U.S. Currency, Baltimore, MD, Garrison, Dedric Christopher AKA Garrison, Christophe Dedric AKA Garrison, Dedrick Christophe, 01/11/07

07-DEA-478655, $3,505.00 U.S. Currency, Baltimore, MD, Haslup, John AKA Smith, Jason David, 01/09/07

07-DEA-478672, $3,945.00 U.S. Currency, Baltimore, MD, Bunch, Keenan AKA Bunch, Keenan J. AKA Bunch, Keenan Jamal AKA Bunch, Kennan, 01/22/07

07-DEA-478673, $14,139.00 U.S. Currency, Whitehall, MD, Price, Paul Philip, 01/24/07

07-DEA-478674, $52,450.00 U.S. Currency, Baltimore, MD, May, Marvis Proctor, 01/22/07

07-DEA-478685, $2,275.00 U.S. Currency, Baltimore, MD, Harrid, Calvin AKA Harred, Calvin R. AKA Harrid, Calvin Napleon AKA Harrid, Calvin Napolean, 01/24/07

07-DEA-478689, $3,000.00 U.S. Currency, Baltimore, MD, Fitzgerald, Lywanda AKA Fitzgerald, Lywanda Samantha, 01/24/07

07-DEA-478731, $3,233.00 U.S. Currency, Baltimore, MD, Anderson, Shane AKA Anderson, Shane Roland AKA Anderson, Shane Kevin, 01/24/07

07-DEA-478752, $3,244.00 U.S. Currency, Baltimore, MD, Dobson, Granville AKA Dobson Jr., Granville Barclay AKA Dodson Jr., Granville Barclay AKA Dodson Jr., Granville Barclay AKA Thomas, Sean, 01/27/07

07-DEA-478754, $8,300.00 U.S. Currency, Baltimore, MD, Phillpots, Wayne, AKA Phillpots, Wayne Orlando AKA Philpots, Wayne, 01/27/07

07-DEA-478768, $495.00 U.S. Currency, Baltimore, MD, Calfrey, Jennifer Emily, 01/22/07

**EASTERN DISTRICT OF MICHIGAN**

07-DEA-478335, (9) Western Union Money Orders, VL: $7,500.00, Ser Nos 08-671462745, 08-671462746, 08-671462744, 08-668632580, 08-668632579, 08-668632578, 08-668632577, 08-668197156, 08-668197155, Detroit, MI, Cruz, Jose Guadalupe, 01/17/07

07-DEA-478359, $41,543.00 U.S. Currency, Dearborn, MI, Aoun, Wissam Ali, 01/19/07

07-DEA-478583, $5,495.00 U.S. Currency, Farmington Hills, MI, Jadan, Jerry, 01/05/07

07-DEA-478597, $20,570.00 U.S. Currency, West Bloomfield, MI, Jadan, Jerry and Jadan, Christine, 01/06/07

07-DEA-478597, $4,474.00 U.S. Currency, Farmington Hills, MI, Jadan, Fred, 01/05/07

07-DEA-478636, $50.00 U.S. Currency, West Bloomfield, MI, Jadan, Christine, 01/06/07

07-DEA-478642, $624.00 U.S. Currency, Farmington Hills, MI, Rabban, Randy Al, 01/06/07

07-DEA-478664, $24,640.00 U.S. Currency, Detroit, MI, Lewis, Conna Bernard and Jones, Kelvin Antonio AKA Henderson, Henry AKA Jones, Kelvin, 01/21/07

07-DEA-478841, $50,000.00 U.S. Currency, Mt. Morris, MI, Rauschenberger, Aaron Edward and Rauschenberger, Lori Hope, 01/26/07

**DISTRICT OF MINNESOTA**

07-DEA-478621, $10,450.00 U.S. Currency, Maple Plain, MN, Reatliga-Sandoval, Jose Luis, 01/14/07

07-DEA-478399, $391,060.00 U.S. Currency, Plymouth, MN, Reatiga-Sandoval, Jose Luis, 01/14/07

07-DEA-478685, $340,00.00 U.S. Currency, Freeborn County, MN, Barrera, Gabino Santana, 01/25/07

**EASTERN DISTRICT OF MISSOURI**

07-DEA-478796, $105,014.00 U.S. Currency, St. Louis, MO, Mccottrell, Louis, 01/18/07

07-DEA-478861, $3,685.00 U.S. Currency, St. Louis, MO, Holmes, Levegeono, 01/18/07

07-DEA-478868, $54,060.00 U.S. Currency, St. Louis, MO, Swiney, Edwin, 01/18/07

07-DEA-478912, (10) Western Union Money Orders, VL: $6,000.00, Ser Nos. 08-403703184; 08-403703185; 08-403703186; 08-403703187; 08-560165259; 08-560165260; 08-560165261; 08-560165262; 08-679760400; 08-679760401, Earth City, MO, Woods, James, 01/19/07

07-DEA-478927, $2,275.00 U.S. Currency, Dexter, MO, Hunsperger, Larry Dean, 02/01/07

07-DEA-479058, 1999 Jeep Grand Cherokee, 1J4G2S8S5XC517163, Fenton, MO, Gonzales, Ruben, 02/01/07

07-DEA-479069, $2,201.00 U.S. Currency, Cape Girardeau, MO, Taylor, Ashlea, 02/06/07

**NORTHERN DISTRICT OF MISSISSIPPI**

07-DEA-478613, $4,848.00 U.S. Currency, Oxford, MS, Ahmed, Hassen Mohammed, 01/23/07

07-DEA-478877, $6,116.39 U.S. Currency, Horn Lake, MS, Aqraa, Mohammed, 01/20/07

07-DEA-478913, $2,000.00 U.S. Currency, Horn Lake, MS, Aqraa, Mohammed, 01/20/07

**SOUTHERN DISTRICT OF MISSISSIPPI**

07-DEA-478890, $107,600.00 U.S. Currency, Gulfport, MS, Garcia, Lucas Comejo, 01/29/07

**EASTERN DISTRICT OF NORTH CAROLINA**

07-DEA-478352, $350,000.00 U.S. Currency, Wilmington, NC, Lovitt, Dale, 01/13/07

07-DEA-478358, $100,000.00 U.S. Currency, Wilmington, NC, Lovitt, Rae, 01/13/07

07-DEA-478471, $6,496.00 U.S. Currency, Wilmington, NC, Cruz, Maria Guadalupe AKA Soteto, Maria Guadalupe, 01/03/07

07-DEA-478493 $7,982.00 U.S. Currency Raleigh NC Holder

Henderson, Carl Bernard AKA Henderson, Dola AKA Lo, Ray AKA Williams, Anthony D., 01/04/07

07-DEA-478714, $50,025.00 U.S. Currency, Cleveland, OH, Jones, Clinique AKA Jones, Connie, 01/12/07

07-DEA-478715, $39,050.00 U.S. Currency, Cleveland, OH, Jones, Clinique AKA Jones, Connie, 01/12/07

07-DEA-478736, $8,569.00 U.S. Currency, Warren, OH, Canty Jr., John H. AKA Canty Jr., John Houston AKA Canty, John AKA Canty, John H. AKA Canty John Houston AKA Canty, John Huston, 01/24/07

07-DEA-478737, $65,505.00 U.S. Currency, Warren, OH, Canty, Yankee AKA Smith-Canty, John AKA Smith, Huston, 01/24/07

07-DEA-478758, $2,484.00 U.S. Currency, Cleveland, OH, Escort, Rico AKA Escort, Rico D. AKA Escort, Rico Dwayne, 01/26/07

**EASTERN DISTRICT OF PENNSYLVANIA**

07-DEA-478840, $11,264.00 U.S. Currency, Philadelphia, PA, Trinh, Phong, 01/12/07

07-DEA-478855, $7,534.00 U.S. Currency, Philadelphia, PA, Trinh, Phong, 01/12/07

07-DEA-478956, $6,260.00 U.S. Currency, Philadelphia, PA, Lam, Chuong AKA Sau, 01/23/07

**MIDDLE DISTRICT OF PENNSYLVANIA**

07-DEA-479004, $3,020.00 U.S. Currency, Hazleton, PA, Peralta, Carlos AKA Lora, Rafael, 01/24/07

**WESTERN DISTRICT OF PENNSYLVANIA**

07-DEA-478356, $60,752.00 U.S. Currency, Pittsburgh, PA, Hatten, Larry, 11/20/06

07-DEA-476427, Daewoo Model DH40 .40 Caliber Handgun, Ser No DA000441, VL: $170.00, Pittsburgh, PA, Hatten, Larry, 11/21/06

**DISTRICT OF PUERTO RICO**

07-DEA-478419, RG Premier Bank, Account #2101003222, VL: $127,253.95, Hato Rey, PR, Valdivieso-Rodriguez, Alfred, 12/29/06

**DISTRICT OF SOUTH CAROLINA**

07-DEA-478611, $23,000.00 U.S. Currency, Duncan, SC, Jones, Howard C., 01/26/07

**MIDDLE DISTRICT OF TENNESSEE**

07-DEA-474747, $489,038.00 U.S. Currency, Franklin, TN, Rivas-Najera, Alejandro AKA Najera-Rivas, Alejandro, 10/18/06

07-DEA-478459, $275,000.00 U.S. Currency, Only, TN, Diop, Ibrahima and Konate, Ali, 01/25/07

**WESTERN DISTRICT OF TENNESSEE**

07-DEA-478532, $12,500.00 U.S. Currency, Memphis, TN, Bell, David Edward, 01/20/07

07-DEA-478914, $15,467.00 U.S. Currency, Memphis, TN, McSwine Jr., Fred, 01/30/07

07-DEA-479411, Assorted Electronic Equipment, VL: $5,622.01, (1) 40" Sony LCD Digital HDTV, Ser No 8073370; (1) Sony Speaker with 5 disc changer, Ser No 141308; (1) Toshiba Laptop Computer 5A074, Ser No 761078855C; (1) Bushnell Nighthawk Camera, Ser No No serial # located; (1) HP Pavilion DV2000 Computer, Ser No 2CE6392NOK, Cordova, TN, Gipson, Jason F., 12/19/06

**EASTERN DISTRICT OF TEXAS**

07-DEA-478338, $27,400.00 U.S. Currency, Orange, TX, McClendon, Terrence Delucas, 01/17/07

07-DEA-478995, $22,873.00 U.S. Currency, Orange, TX, Kyle, Ricardo Danelle and Kyle, Kevin Troy and Day, Terry Jerrod, 02/01/07

**NORTHERN DISTRICT OF TEXAS**

07-DEA-478605, Assorted Weapons, VL: $550.00, (1) Taurus PT92 AF 9mm Pistol, Ser No L81637; (1) Ithaca Double Barrel Shotgun, Ser No 216082; (1) Magtech Rifle, Model 7022, Caliber 22LR, Ser No E067914; (1) Winchester Shotgun, Model 1400 MKII, Ser No N668971, Desoto, TX, Arredondo, John, 01/16/07

07-DEA-478608, $6,235.00 U.S. Currency, Ennis, TX, Rodriguez, Andy, 01/16/07

07-DEA-478622, Assorted Weapons, VL: $452.00, (1) Mossberg 835 "ULTI-MAG" 12 Gauge Shotgun, Ser No UM644151; (1) Stevens Model 62 .22 Caliber Rifle with Tasco Scope, Ser No 0447902, Ennis, TX, Rodriguez, Angel, 01/17/07

07-DEA-478658, $1,940.00 U.S. Currency, Desoto, TX, Arredondo, John, 01/16/07

07-DEA-478774, $5,500.00 U.S. Currency, Arlington, TX, Tieu, Tho My, 01/22/07

**SOUTHERN DISTRICT OF TEXAS**

07-DEA-478632, 2001 Ford Sport Trac P/U, 1FMZU67E71UC07345, Hebbronville, TX, Aguilar, Adrian, 01/19/07

07-DEA-478656, $100.00 U.S. Currency, Brownsville, TX, Unidentified, 01/19/07

07-DEA-478711, $44,700.00 U.S. Currency, McAllen, TX, Garfias, Manuel, 01/22/07

07-DEA-478722, 1994 Buick Century Limited, 3G4AG55M4RS614494, Freer, TX, Rocha-Lumbreras, Edgar Hugo Hyde, 01/27/07

07-DEA-478848, $5,000.00 U.S. Currency, Laredo, TX, De Leon Jr, Olegario, 01/29/07

07-DEA-478896, 1996 Freightliner Tractor, 1FUYDZYB5TP816441, Falfurrias, TX, Roel, Gustavo, 01/17/07

07-DEA-478906, $100,200.00 U.S. Currency in Safe Deposit Box #105, Citibank, Katy, TX, Mendez, William Humberto, 01/25/07

07-DEA-478996, 1996 Peterbilt Tractor, 1XP5DR8XXTD396191, Sarita, TX, Cortez, Juan, 01/20/07

07-DEA-479007, 1996 Utility Trailer, 1UYVS2489TM574106, Sarita, TX, Cortez, Juan, 01/20/07

07-DEA-479017, 1996 Mercury Villager, 4M2DV11W8TDJ14122, Sarita, TX, Arroyo, David, 01/30/07

07-DEA-479030, 1996 Utility Cargo Trailer, 1UYVS25317P737364, Laredo, TX, Salinas Jr, Amador, 01/30/07

07-DEA-479105, $3,241.00 U.S. Currency, Laredo, TX, Burgess, Patrick Lee, 01/26/07

07-DEA-479113, Lorcin Model L9MM Caliber Semi Automatic Pistol, Ser No L004587, VL: $85.00, Brownsville, TX, Cuello Jr., Gilberto, 02/01/07

07-DEA-479205, 2002 Ford Focus SE, 1FAFP34P62W343522, Laredo, TX, Herrera, Angel, 02/04/07

**WESTERN DISTRICT OF TEXAS**

ussell II, James D., 01/19/07
07-DEA-479060, $11,459.00 U.S. Currency, Indianapolis, IN, Becker, Dustin, 01/19/07

**DISTRICT OF KANSAS**
7-DEA-477913, $14,083.64 U.S. Currency, Wichita, KS, Gibson, James G. and Martinez, Karyn L., 01/31/07
07-DEA-479519, Fidelity Bank, Account #60026691, VL: 3,166.95, Wichita, KS, Lovem, Jerry L., 02/08/07
07-DEA-479634, $3,129.00 U.S. Currency, Topeka, KS, Nichols, Kevin E., 02/15/07

**EASTERN DISTRICT OF KENTUCKY**
07-DEA-478408, 2000 Dodge Durango, 1B4HS28N7YF258627, Lexington, KY, Ramirez-Ortega, Felix Luis, 01/18/07

**WESTERN DISTRICT OF KENTUCKY**
07-DEA-478940, PNC Bank, Account #3009339629 and #300933426, VL: $3,110.21, Louisville, KY, Advance Realty Group LLC, 01/31/07

**EASTERN DISTRICT OF LOUISIANA**
07-DEA-477878, $552.00 U.S. Currency, New Orleans, LA, Drayton, Christopher, 01/19/07
07-DEA-479004, (1) Assorted Firearms, VL: $760.00, (1) Browing .380 semi-auto handgun, Ser No 20147; (1) Marlin Glenfield Model 25 .22 rifle, Ser No 26578725; (1) Remington Express 12 gauge shotgun, Ser No B051424M, New Orleans, LA, Crayton, Christopher, 01/19/07

**DISTRICT OF MASSACHUSETTS**
07-DEA-478993, 1998 Chevrolet Malibu, 1G1ND52M6WY162077, Springfield, MA, De-Mota-Hodge, Eddy, 02/20/06
07-DEA-479500, $14,534.80 U.S. Currency, Roslindale, MA, Plankita, Boris, 02/15/07

**DISTRICT OF MARYLAND**
7-DEA-479012, $2,331.00 U.S. Currency, Columbia, MD, Webb, Michael Antonio, 01/25/07

**DISTRICT OF MAINE**
07-DEA-478743, $6,650.00 U.S. Currency, Lewiston, ME, Burns, Scott, 01/18/07
07-DEA-478756, 2002 GMC Sierra 2500 Pick-up Truck, 1GTHK23142F207441, Sabattus, ME, Mercier, Jeremy, 01/18/07
07-DEA-477883, $23,573.00 U.S. Currency, Gorham, ME, Durgin, Kenneth and Guerard, Gayle, 01/17/07

**EASTERN DISTRICT OF MICHIGAN**
07-DEA-478935, $12,005.00 U.S. Currency, Detroit, MI, Uriostegui, Ricardo Oliver and Gonzalez, Antelmo Rojo and Uriostegui-Hernandez, Virginia, 01/23/07

**DISTRICT OF MINNESOTA**
07-DEA-479008, $10,000.00 U.S. Currency, Cottage Grove, MN, Mancera-Mejia, Lucia, 01/18/07

**EASTERN DISTRICT OF MISSOURI**
07-DEA-478531, $91,550.00 U.S. Currency, Mt. Sterling, MO, Garth, Jeffrey, 01/12/07
07-DEA-478541, $62,447.00 U.S. Currency, Mt. Sterling, MO, Garth, Jeffrey, 01/12/07
07-DEA-479095, $15,000.00 U.S. Currency, St. Louis, MO, Branch, Jenee Michelle, 02/02/07
07-DEA-479088, $48,500.00 U.S. Currency, St. Charles, MO, Perez, Armando Acosta, 02/06/07
07-DEA-479379, $135,800.00 U.S. Currency, Rolla, MO, Olvera, Pete and Leon, Cynthia and Merino, Jose, 02/08/07
07-DEA-479396, $10,975.00 U.S. Currency, Fenton, MO, Esquivel, Blanca Araceli, 02/08/07
07-DEA-479400, $14,015.00 U.S. Currency, Fenton, MO, Esquivel, Blanca Araceli, 02/08/07
07-DEA-479402, $39,820.00 U.S. Currency, Fenton, MO, Esquivel, Blanca Araceli, 02/08/07
07-DEA-479413, 2006 Volkswagen Toureg, WVGM77L46O013457, Fenton, MO, Esquivel, Blanca Araceli, 02/08/07

**WESTERN DISTRICT OF MISSOURI**
07-DEA-479391, $31,980.00 U.S. Currency, Kansas City, MO, Rivera, Maria Luisa, 01/30/07

**NORTHERN DISTRICT OF MISSISSIPPI**
07-DEA-478627, $6,671.00 U.S. Currency, Tunica, MS, Mubarez, Ali T., 01/20/07
07-DEA-478874, $108,083.43 U.S. Currency, Tunica, MS, Obad, Bajar Thar, 01/20/07

**SOUTHERN DISTRICT OF MISSISSIPPI**
07-DEA-478987, 1999 Dodge Grand Caravan, B4GP54L9XB561367, Gulfport, MS, Garcia, Lucas Comejo, 01/29/07

**DISTRICT OF MONTANA**
07-DEA-479040, $10,160.00 U.S. Currency, St. Regis, MT, Mullen, Marvin Duane, 01/25/07
07-DEA-479044, $8,400.00 U.S. Currency, St. Regis, MT, Mullen, Marvin Duane, 01/25/07

**EASTERN DISTRICT OF NORTH CAROLINA**
07-DEA-478675, Assorted Jewelry, VL: $148,395.00, (1) Rolex Datejust and Box with Turn-o-Graph Bezel, Oyster Band, Ser No F660149; (1) Rolex Yachtmaster and Box with Platinum Bezel Dial, Stainless Steel Case/Bracelet, Ser No F528120; (1) Ladies Ro lex Datejust and 18 kt. Gold/Stainless Steel, Ser No F605518; (1) Rolex Submariner-18 kt. Gold, Ser No S210732; (1) Rolex Presidential Watch Band/18 kt. Yellow Gold, Ser No N/A; (1) Rolex Presidential 18 kt. Yellow Gold Diamond and Aftermarket Bracelet, Ser No 9451201; (1) Rolex Yachtmaster and Box-18 kt. Yellow Gold Stainless Steel-White Dial, Ser No D247807; (1) Rolex Daytona 18 kt. Solid Yellow Gold and Box, Ser No Y963974; (1) Cartier Roadster Chronograph 2 Tone Watch with Silver Dial, Ser No 721732CE, Wilmington, NC, Russo, Andrew Thomas and Watts, Donna Leigh, 01/11/07
07-DEA-478695, Assorted Jewelry, VL: $50,800.00, (1) Wood/glass Watch display case; (1) Rolex Presidential Wristwatch with possible after-market dial, 81k gold, Ser No 9459505; (1) Rolex Submariner Wristwatch & paperwork, possible after-market dial, steel and gold, Ser No F367549; (1)

Humphries, William D. AKA Humphries, David, 02/02/07

07-DEA-478938, 2005 Chevrolet Impala, 2G1WF52EX59208570, Hudson, NY, Wiley, Joseph, 02/06/07
07-DEA-479024, $4,022.00 U.S. Currency, Rensselaer, NY, Blowers, Albert, 02/08/07
07-DEA-479704, $2,400.00 U.S. Currency, Syracuse, NY, Thompson, Jamal, 02/12/07
07-DEA-479708, $4,030.00 U.S. Currency, Syracuse, NY, Crespo, Samuel, 02/13/07

**SOUTHERN DISTRICT OF NEW YORK**
07-DEA-479027, $2,233.00 U.S. Currency, Bronx, NY, Frazier, Andrew, 01/16/07
07-DEA-479283, $2,607.00 U.S. Currency, Middletown, NY, Doncel, Diego, 01/29/07
07-DEA-479290, $3,234.00 U.S. Currency, New York, NY, Rosario, Juan, 02/07/07
07-DEA-479378, $4,419.00 U.S. Currency, Bronx, NY, Leon, Jose D., 02/12/07
07-DEA-479382, $4,180.00 U.S. Currency, Bronx, NY, Sang, Ramon, 02/12/07
07-DEA-479497, $2,800.00 U.S. Currency, New York, NY, Unidentified, 02/12/07
07-DEA-479559, $17,480.00 U.S. Currency, New York, NY, Pegesse, Brian and Alston, Rajahn, 01/19/07
07-DEA-479575, $6,711.00 U.S. Currency, Bronx, NY, Chester, Jaime, 01/29/07
07-DEA-479593, $7,631.00 U.S. Currency, Newburgh, NY, Melvin, Tyrone P., 02/20/07

**WESTERN DISTRICT OF NEW YORK**
07-DEA-479094, 1996 Jeep Wrangler Sahara, 1J4FY49S2WP784545, Buffalo, NY, McEntire, Maurice R., 01/31/07
07-DEA-479118, $24,590.00 U.S. Currency, Niagara Falls, NY, Prokopich, Paul M., 01/31/07
07-DEA-479121, $10,192.00 U.S. Currency, Niagara Falls, NY, Nails, Curtis, 01/31/07
07-DEA-479123, $5,000.00 U.S. Currency, Niagara Falls, NY, Smith, Vanessa, 01/31/07
07-DEA-479156, $6,443.00 U.S. Currency, Buffalo, NY, Scherer, Michael, 02/02/07
07-DEA-479252, $8,470.00 U.S. Currency, Buffalo, NY, Myers, Booker, 02/06/07
07-DEA-479267, $3,509.00 U.S. Currency, Buffalo, NY, Griffin, Akbar A., 02/02/07
07-DEA-479308, $5,866.00 U.S. Currency, Rochester, NY, Williams, Darien, 01/23/07
07-DEA-479309, $22,020.00 U.S. Currency, Rochester, NY, Washington, Leeson M. and Williams, Darien, 01/23/07
07-DEA-479430, $40,760.00 U.S. Currency, Rochester, NY, Rivera-Fernandez, Marcos A., 02/09/07
07-DEA-479437, $2,213.00 U.S. Currency, Rochester, NY, Matos, Rianys, 02/08/07
07-DEA-479443, $2,800.00 U.S. Currency, Rochester, NY, Ventura, Saul, 02/08/07
07-DEA-479550, $2,600.00 U.S. Currency, North Tonawanda, NY, Kuntz, Michael J., 02/12/07

**NORTHERN DISTRICT OF OHIO**
07-DEA-478899, $1,277.00 U.S. Currency, Cleveland, OH, Allen, John D. AKA Allen Jr., John D. AKA Allen Sr., John Dwight AKA Allen, Dwight AKA Allen, John AKA Allen, John Dwight AKA Hackson, Anthony AKA Holley, John AKA Jackson, Anthony AKA Jackson, Antwion AKA Jackson, Antwoin AKA Jackson, Antwoine, 01/19/07
07-DEA-478961, $1,000.00 U.S. Currency, Cleveland, OH, Unidentified, 01/19/07
07-DEA-479032, $3,673.00 U.S. Currency, Willowick, OH, Escortt, Rico AKA Escortt, Rico AKA Escortt, Rico Dwayne and Whetstone, Mini, 01/26/07
07-DEA-479041, 1994 Ford Mustang, 1FALP4046RF179616, Willowick, OH, Escortt, Rico AKA Escortt, Rico D. AKA Escortt, Rico Dwayne and Whetstone, Mini, 01/26/07
07-DEA-479107, 2000 Dodge Grand Caravan, 1B4GP44G3YB051628, Cleveland, OH, Escortt, Rico AKA Escortt, Rico D. AKA Escortt, Rico Dwayne, 01/26/07
07-DEA-479139, 1997 Cadillac Deville, 1G6KD54YXVU284055, Willowick, OH, Escortt, Rico AKA Escortt, Rico D. AKA Escortt, Rico Dwayne and Whetstone, Mini, 01/26/07
07-DEA-479142, 1994 Cadillac Eldorado, 1G6EL12Y2RU601845, Willowick, OH, Escortt, Rico AKA Escortt, Rico D. AKA Escortt, Rico Dwayne and Whetstone, Mini, 01/26/07
07-DEA-479190, $2,226.00 U.S. Currency, Cleveland, OH, Seay, Robert AKA Robert, Seay AKA Seay, Big Rob AKA Seay, Robert P. AKA Seay, Robert Perry AKA Seay, Robt, 01/26/07

**SOUTHERN DISTRICT OF OHIO**
07-DEA-478973, Fifth Third Bank, Account #7360715747, VL: $8,798.15, Cincinnati, OH, Jordan, David, 01/10/07

**WESTERN DISTRICT OF OKLAHOMA**
07-DEA-478775, $442,750.00 U.S. Currency, Alva, OK, Figueroa Rivera, Francisco Ulises AKA Rodriguez, Pablo, 01/22/07
07-DEA-478799, 1997 BMW 328i Convertible, WBABK8329VET98912, Alva, OK, Figueroa Rivera, Francisco Ulises AKA Rodriguez, Pablo, 01/22/07

**EASTERN DISTRICT OF PENNSYLVANIA**
07-DEA-478441, H&R Sportsman 999 .22 LR Revolver, Ser No HL006990, VL: $90.00, Philadelphia, PA, Morales, Carmen Milagros, 01/09/07

**DISTRICT OF SOUTH CAROLINA**
07-DEA-479112, $2,608.00 U.S. Currency, Summerville, SC, Garland, Patrick, 01/12/07
07-DEA-479291, $45,900.00 U.S. Currency, Greenville, SC, Santander, Veronica, 02/09/07
07-DEA-479483, $107,840.00 U.S. Currency, St. George, SC, Chappell, Bradford and Sandoval, Jerry, 02/12/07
07-DEA-479523, $4,865.00 U.S. Currency, Anderson, SC, Baldwin, Maurice Stan, 02/15/07
07-DEA-479523, $8,590.00 U.S. Currency, Anderson, SC,

Rickie, 01/19/07

**LAST DATE TO FILE APRIL 26, 2007**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALASKA**
07-DEA-478776, 1997 Thunder Jet Boat with 1996 Trailer, (1) 1997 Thunder Jet Boat - Model Type Alexis, Ser No AHQ10009697; and (1) 1996 Boat Trailer - Alaska License 737FRA (Year 20008), Ser No T9AS232IT1198320, Wasilla, AK, McIlvain, Patrick Norris, 01/11/07
07-DEA-478589, Key Bank, Cashier's Check No. 732981876, VL: $227,045.28, Anchorage, AK, Miu, Yin Tak, 01/22/07
07-DEA-478856, $2,400.00 U.S. Currency, Big Lake, AK, Carr, Steven F., 01/22/07

**MIDDLE DISTRICT OF ALABAMA**
07-DEA-478870, 2002 GMC Yukon Denali, 1GKEK63U02J340834, Montgomery, AL, Rayos Jr., Manuel, 01/25/07
07-DEA-479076, Regions Bank, (5) Accounts, VL: $97,909.13, (1) Account in the name of Health Rx Marketing Account No. 616853602, (1) Account in the name of Health Rx Marketing Account No. 8310547818, (1) Account in the name of The Doctors Online, Inc. Account No. 8310370872, (1) Account in the name of Elena C. Quinones Account No. 9601618367, (1) Account in the name of Antonio R. Quinones Account No 9601226344, Birmingham, AL, Quinones, Antonio, 12/21/06

**NORTHERN DISTRICT OF ALABAMA**
07-DEA-478676, $35,040.00 U.S. Currency, Alabaster, AL, Arellano, Noe Castillo, 01/25/07
07-DEA-479683, $118,020.00 U.S. Currency, Irondale, AL, Wilson, Artago, 01/25/07

**SOUTHERN DISTRICT OF ALABAMA**
07-DEA-478710, (2) Firearms, VL: $519.00, (1) European American Armory Model .38 Caliber Automatic Pistol, Ser No EA24302; (1) Lorcin L25, .25 Caliber Automatic Pistol, Ser No 068693, Prichard, AL, Hill, Gary D., 01/25/07
07-DEA-478919, $44,960.00 U.S. Currency, Baldwin County, AL, Pacheco, Victor Manuel, 01/25/07
07-DEA-478920, 2006 Chevrolet Tahoe 4D LS, 1GNEC13T51R114119, Baldwin County, AL, Pacheco, Victor Manuel, 01/25/07

**EASTERN DISTRICT OF ARKANSAS**
07-DEA-478700, $297,000.00 U.S. Currency, Lonoke, AR, Diaz, Jorge Colin AKA Colin, Jorge Luis, 01/24/07

**DISTRICT OF ARIZONA**
07-DEA-478661, $36,000.00 U.S. Currency, St. Johns, AZ, Erland, Gary Thomas, 01/11/07
07-DEA-478661, 1st Bank of Arizona, Account #53511074, VL: $718.95, Scottsdale, AZ, Adam Lyons dba Treefax, LLC, 01/11/07
07-DEA-478936, $37,000.00 U.S. Currency, Phoenix, AZ, Weems, Carlos Darnell, 01/18/07
07-DEA-478952, $18,101.00 U.S. Currency, Phoenix, AZ, Matthews, Jasmine Monique, 01/18/07
07-DEA-479072, (6) Assorted Weapons, VL: $855.00, (1) Century International Arms, Inc. WASR-10 High Cap AK-47 Assault Rifle, Ser No A04830; (1) Smith and Wesson 410S .40 Caliber handgun, Ser No PDP1078; (1) American Derringer Model 1, .22 Mag cal, Ser No D53864; (1) Taurus model 85S5 .38 special 5 shot revolver, Ser No LG88424; (1) Raven Arms MP-25 .25 caliber with nickel finish, Ser No 1883727; (1) Glock Model 19 9mm, Ser No XY798, Glendale, AZ, Ortega, Maria AKA Ortega, Marin AKA Moreno, Maria, 01/29/07
07-DEA-479147, $7,635.00 U.S. Currency, Flagstaff, AZ, Lewis, Richard AKA Laidlaw, Richard C., 01/11/07

**CENTRAL DISTRICT OF CALIFORNIA**
06-DEA-471974, $53,980.00 U.S. Currency, Orange County, CA, Bermudez, Oscar, 08/02/06
07-DEA-474208, 2004 Ford F-150 Supercrew LXT, 1FTRW12W04KD06073, Bellflower, CA, Unknown, 10/03/06
07-DEA-477386, 1980 Beech King Air 200, US Registration #N469JB, Tail Number N469JB, Ser No. BB634, Engine Ser Nos. PCE-81416 and PCE-81420, La Verne, CA, Barnett Investment Inc., 12/08/06
07-DEA-478723, $12,552.71 U.S. Currency, West Hollywood, CA, Alternative Herbal Health Services, 01/17/07
07-DEA-478755, $25,101.00 U.S. Currency, West Hollywood, CA, West Hollywood Caregivers Group, 01/18/07
07-DEA-478771, $773.00 U.S. Currency, Murrieta, CA, Smith, Todd Paul, 01/26/07
07-DEA-479150, (2) Assorted Jewelry, VL: $3,500.00, (1) Rolex Oyster Perpetual DATEJUST Watch, Ser No 556B/78360; (1) Ring, 18 kt. gold "W" ring, mens, Hacienda Heights, CA, Luu, Vincent P., 12/18/06

**EASTERN DISTRICT OF CALIFORNIA**
07-DEA-478391, 2006 Chrysler 300 Limited, 2C3KA53G06H141610, Sacramento, CA, Rudolph, Joanne Marie and Johnson, Cleo, 12/13/06
07-DEA-478854, $18,860.00 U.S. Currency, Lodi, CA, Cuevas, Rogelio Arias and Zaragoza, Oswaldo Villalan, 01/11/07

**NORTHERN DISTRICT OF CALIFORNIA**
07-DEA-477811, 2002 Yamaha YZ250-P Off-Road Motorcycle, JYACE12C62A005430, Hayward, CA, Squier, Shon Matthew, 12/12/06
07-DEA-478414, $32,180.00 U.S. Currency, Healdsburg, CA, Lindau, Ivan, 01/18/07
07-DEA-478432, $900.00 U.S. Currency, Healdsburg, CA, Lindau, Ivan, 01/18/07
07-DEA-478462, $1,568.00 U.S. Currency, East Palo Alto, CA, Madriz, Jeronimo, 12/18/06
07-DEA-478464, $10,000.00 U.S. Currency, Hayward, CA, Madriz, Jeronimo, 12/18/06
07-DEA-478525, $29,900.00 U.S. Currency, Oakland, CA, Tennenbaum, David, 01/12/07
07-DEA-478523, $21,000.00 U.S. Currency, Oakland, CA, Blank, Gregory, 01/12/07

**SOUTHERN DISTRICT OF CALIFORNIA**
07-DEA-477871, $10,080.00 U.S. Currency, Chula Vista, CA,

## PUBLIC NOTICES

# DEA LEGAL NOTICE CONTINUE[D]

**07-DEA-476743**, $1,802.00 U.S. Currency, New Milford, CT, Flores-Ceron, Julio Rudolpho, 11/13/06

**DISTRICT OF COLUMBIA**
**07-DEA-476506**, $6,075.00 U.S. Currency, Washington, DC, Cousins, Armando Jarnaal AKA Cousin, Armando AKA Cousin, Armondo Jamaal AKA Cousins, Armondo AKA Jones, Andrea, 01/25/07

**MIDDLE DISTRICT OF FLORIDA**
**06-DEA-474176**, $188,000.00 U.S. Currency, Orange County, FL, Balladeros-Ortiz, Johnny, 09/27/06
**07-DEA-478534**, $2,075.00 U.S. Currency, St. Augustine, FL, Santana-Ortuno, Jose Isabel, 01/16/07
**07-DEA-478692**, $9,000.00 U.S. Currency, Wildwood, FL, Hernandez, Stephen, 01/19/07
**07-DEA-478980**, 1995 Chevrolet Monte Carlo Z3, 2G1WX12X3S9332439, Jacksonville, FL, Roano, Jesus, 01/14/07

**NORTHERN DISTRICT OF FLORIDA**
**06-DEA-473833**, $200,104.00 U.S. Currency, Gainesville, FL, Aleman-Mederos, Juan, 09/27/06
**07-DEA-478875**, $5,003.00 U.S. Currency, Panama City, FL, Moore, Martin Brandon, 01/18/07

**SOUTHERN DISTRICT OF FLORIDA**
**07-DEA-477338**, 2007 Mercedes Benz GL450, 4JGBF71E47A150980, Miami, FL, Quinones, Antonio; 12/21/06
**07-DEA-477612**, Assorted Weapons, VL: $865.00, ( 1) .38 Smith & Wesson SPL Hand Gun, Ser No CAP5244; (2) One North American Arms .22 caliber magnum revolver, Ser No. 216680; Miami, FL, Quinones, Antonio, 12/21/06
**07-DEA-477653**, Wachovia Bank, Account #2000027418660, VL: $6,031.61, Pompano Beach, FL, Antonio Quinones and 147 Avenue Homes, Inc.; 12/21/06
**07-DEA-477655**, Wachovia Bank, Account #2000027418851, VL: $32,654.14, Pompano Beach, FL, Antonio Quinones and Lexa Investments, Corp., 12/21/06
**07-DEA-477656**, Wachovia Bank, Account #2000027419070, VL: $5,766.21, Pompano Beach, FL, Antonio Quinones and 147 Avenue Homes Phase III Inc., 12/21/06
**07-DEA-477661**, Wachovia Bank, Account #1010028242172, VL: $25,767.68, Pompano Beach, FL, Quinones, Antonio, 12/21/06
**07-DEA-477875**, $5,003.00 U.S. Currency, Gainesville, FL, Moore, Martin Brandon, 01/18/07
**07-DEA-478368**, $3,315.00 U.S. Currency, Miami, FL, Toledo-Lima, Andres, 12/15/06
**07-DEA-478387**, 1995 Utility Trailer Mfg Co. Van, 1UYVS2480SM587602, Hialeah, FL, Pujols, Donald, 12/07/06
**07-DEA-478392**, 1997 Freightliner Tractor Truck, 2FUYDSEB3VA617068, Hialeah, FL, Pujols, Donald, 12/07/06
**07-DEA-478394**, 1994 Freightliner Tractor Truck, 1FUYDSEB8RH539969, Hialeah, FL, Pujols, Donald, 12/07/06
**07-DEA-478406**, $6,692.00 U.S. Currency, West Palm Beach, FL, Renteria-Rivas, Naborina, 01/09/07
**07-DEA-478412**, 1995 Great Dane Straight Trailer, 1GRAA9629SS029413, Hialeah, FL, Pujols, Donald, 12/07/06
**07-DEA-478420**, 1988 Utility Mfg Co. Semi Trailer, 1UYVS2482KU147218, Hialeah, FL, Pujols, Donald, 12/07/06
**07-DEA-478438**, 1995 Freightliner Tractor Truck, 2FUYDEDB4SA649414, Hialeah, FL, Reyes-Garcia, Raul, 12/07/06
**07-DEA-478741**, $39,000.00 U.S. Currency, West Palm Beach, FL, Martinez Jr., Constantino AKA Martinez-Hernandez, Francisco AKA Martinez, Francisco AKA Martinez, Hernandez, 01/09/07
**07-DEA-478753**, $6,148.00 U.S. Currency, West Palm Beach, FL, Renteria-Rivas, Martin, 01/06/07
**07-DEA-478907**, $9,000.00 U.S. Currency, Miami, FL, Leon-Rodriguez, Milagros, 01/29/07
**07-DEA-478951**, Smith and Wesson 39-2 Semi-Automatic Pistol, Ser No A427313, VL: $1.00, Fort Lauderdale, FL, Jean-Baptiste, Kevin AKA Bastiste, Kelvin AKA Jean-Baptiste, Kelvin, 12/10/06
**07-DEA-478957**, Stevens 12 Gauge Shotgun with Laser Sight, Ser No None, VL: $1.00, Fort Lauderdale, FL, Jean-Baptiste, Kevin AKA Bastiste, Kelvin AKA Jean-Baptiste, Kelvin, 12/12/06
**07-DEA-478985**, $45,000.00 U.S. Currency, Boynton Beach, FL, Turner, Gregory Randall, 01/31/07
**07-DEA-479025**, $11,710.00 U.S. Currency, West Palm Beach, FL, Maldonado, Ofelia Carina, 01/06/07

**MIDDLE DISTRICT OF GEORGIA**
**07-DEA-478685**, $3,960.00 U.S. Currency, Greensboro, GA, Pinckney, Demelan Lamont, 01/11/07

**NORTHERN DISTRICT OF GEORGIA**
**07-DEA-477598**, $181,070.00 U.S. Currency, Atlanta, GA,

IN, Soto, Eden, 01/19/07
**07-DEA-478887**, 2003 Hummer H2, 5GRGN23U73H103026, Indianapolis, IN, Burpo, Steve, 01/19/07
**07-DEA-479115**, 2000 Chevrolet Tahoe LT, 1GNEKT3TXYJ108523, Indianapolis, IN, Gutierrez, Alfredo, 01/25/07

**DISTRICT OF KANSAS**
**07-DEA-478652**, 2003 Land Rover Discovery, SALTL16403A813558, Goodland, KS, Valdez, Daniel Russell, 01/20/07

**EASTERN DISTRICT OF KENTUCKY**
**07-DEA-476706**, $79,970.00 U.S. Currency, Florence, KY, Aranda, Martin and Mancini, Ralph, 11/25/06
**07-DEA-478444**, (2) Assorted Weapons, (1) Savage Arms Model 220 Single Shot Shotgun, Ser No GG177; (1) Phoenix Arms Model 25 .22 semi-auto Pistol, six .25 caliber bullets, Ser No 3018816, VL: $115.00, Richmond, KY, Matthews, Moss G., 01/12/07

**WESTERN DISTRICT OF KENTUCKY**
**07-DEA-478506**, 1992 Dodge Ram Truck and 20'Flatbed Trailer, (1) 20' temple flatbed trailer, steel frame, wooden, Ser No TX Lic #66YPWN; (1) 1992 Dodge Ram pickup truck, diesel, Ser No VIN#3B7ME33C7NM532392, Russellville, KY, Cesar-Garcia, Julio, 01/19/07
**07-DEA-478992**, PNC Bank, Account #3009814143, VL: $4,583.11, Louisville, KY, Calloway, Ricky AKA Calloway, Rickey R., 01/31/07
**07-DEA-479001**, PNC Bank, Account #3009743306, VL: $2,148.04, Louisville, KY, Jeffries, Ronald AKA Jefferies, Ronald AKA Jeffries Jr., Ronald Eugene AKA Jeffries, Ronald E., 01/31/07

**DISTRICT OF MASSACHUSETTS**
**07-DEA-478740**, $21,149.00 U.S. Currency, Boston, MA, Kalil, Stephen, 12/27/06
**07-DEA-478852**, $5,705.00 U.S. Currency, Woburn, MA, Guerin, Dennis, 01/29/07
**07-DEA-478916**, $3,000.00 U.S. Currency, Revere, MA, Tran, Nu Thi, 12/13/06

**DISTRICT OF MARYLAND**
**07-DEA-478386**, Assorted Computer Equipment, VL: $5,245.00, (1) Acer Ferrari 400, Model No. ZF3, Ser No LXFR40600554309AA; (1) Power Mac G-5, Model No. A1047, Ser No J5525013YSMJC; (1) Power Mac G-4, Model No. M8493, Ser No XB2070FLMK9, Silver Spring, MD, Hess, Steven Edward and Hawkins, Mark Anthony, 01/05/07
**07-DEA-478404**, $52,560.00 U.S. Currency, Baltimore, MD, Phillpotts, Damian, 01/19/07
**07-DEA-478417**, $50,000.00 U.S. Currency, Upper Marlboro, MD, Taylor, Warren, 01/17/07
**07-DEA-478512**, $2,145.00 U.S. Currency, Baltimore, MD, Garrison, Dedric Christopher AKA Garrison, Christophe Dedric AKA Garrison, Dedrick Christophe, 01/11/07
**07-DEA-478655**, $3,505.00 U.S. Currency, Baltimore, MD, Haskip, John AKA Smith, Jason David, 01/09/07
**07-DEA-478672**, $3,945.00 U.S. Currency, Baltimore, MD, Bunch, Keenan AKA Bunch, Keenan J. AKA Bunch, Keenan Jamal AKA Bunch, Kennan, 01/22/07
**07-DEA-478673**, $14,139.00 U.S. Currency, Whitehall, MD, Price, Paul Phillip, 01/24/07
**07-DEA-478674**, $10,000.00 U.S. Currency, Baltimore, MD, May, Marvis Proctor, 01/22/07
**07-DEA-478685**, $2,275.00 U.S. Currency, Baltimore, MD, Harrid, Calvin AKA Harred, Calvin R. AKA Harrid, Calvin Napleon AKA Harrid, Calvin Napolean, 01/24/07
**07-DEA-478689**, $3,000.00 U.S. Currency, Baltimore, MD, Fitzgerald, Lywanda AKA Fitzgerald, Lywanda Samantha, 01/24/07
**07-DEA-478731**, $3,233.00 U.S. Currency, Baltimore, MD, Anderson, Shane AKA Anderson, Shane Roland AKA Anderson, Shane Kevin, 01/24/07
**07-DEA-478752**, $3,244.00 U.S. Currency, Baltimore, MD, Dobson, Granville AKA Dobson Jr., Granville Barclay AKA Dodson Jr., Granville Barclay AKA Dodson Jr., Granville Barclay AKA Thomas, Sean, 01/22/07
**07-DEA-478754**, $8,300.00 U.S. Currency, Baltimore, MD, Phillpots, Wayne AKA Phillpots, Wayne Orlando AKA Philpots, Wayne Orlando, 01/22/07
**07-DEA-478768**, $20,000.00 U.S. Currency, Baltimore, MD, Jennifer Emily, 01/22/07

**EASTERN DISTRICT OF MICHIGAN**
**07-DEA-478335**, (9) Western Union Money Orders, VL: $7,500.00, Ser Nos 08-671462745, 08-671462746, 08-671462744, 08-668632560, 08-668632578, 08-668632578, 08-668632577, 08-668197156, 08-668197155, Detroit, MI, Cruz, Jose Guadalupe, 01/17/07
**07-DEA-478359**, $41,543.00 U.S. Currency, Dearborn, MI, Aoun, Wissam Ali, 01/17/07
**07-DEA-478583**, $5,495.00 U.S. Currency, Farmington Hills, MI, Jadan, Jerry, 01/05/07
**07-DEA-478591**, $20,510.00 U.S. Currency, West

Jimenez, Orlando Alfredo, 01/24/07
**07-DEA-478592**, 2004 Chevrolet Avalanche, 3GNEC12T84G459111, Lexington, NC, Varner Jr., Web, Webster, 01/24/07
**07-DEA-479006**, $3,566.00 U.S. Currency, Asheboro, Howell, Ryan James and Shipley, Elijah Daniel, 02/05/0
**07-DEA-479024**, $7,240.00 U.S. Currency, Mebane, Flynt, John Richard, 02/05/07
**07-DEA-479034**, $3,189.00 U.S. Currency, Greensbor, Lawary, Spencer Lamont, 02/05/07
**07-DEA-479356**, $6,100.00 U.S. Currency, Sanford, Castillo-Perez, Fernando and Santamaria, Emiliano 02/13/07

**WESTERN DISTRICT OF NORTH CAROLINA**
**07-DEA-479281**, $7,693.00 U.S. Currency, Charlotte, Campbell, Darryl Terrel, 01/25/07
**07-DEA-479941**, 2005 Pontiac Grand AM SE, 1G2NE52E45M142451, Schuyler, NC, Palmateer, St, 01/31/07

**DISTRICT OF NEBRASKA**
**07-DEA-478735**, $314,755.00 U.S. Currency, Lanca County, NE, Gastelum-Valenzuela, Luis, 01/19/07

**DISTRICT OF NEW HAMPSHIRE**
**07-DEA-478579**, $5,907.76 U.S. Currency, Manche, Vasquez, Albert, 01/25/07

**DISTRICT OF NEW JERSEY**
**07-DEA-478455**, $10,420.00 U.S. Currency, East B, NJ, The Estate of Martinez-Burgos, Jorge Luis, 01/2

**DISTRICT OF NEW MEXICO**
**06-DEA-462799**, $340,000.00 U.S. Currency, Texic, Debruhl, Miguel Angel, 01/27/06
**07-DEA-478544**, $13,160.00 U.S. Currency, Albuq NM, Haughton, Ishmael Anthony, 01/21/07
**07-DEA-478545**, $7,650.00 U.S. Currency, Albuqu NM, Haughton, Ishmael Anthony, 01/21/07
**07-DEA-478585**, $51,120.00 U.S. Currency, Albuqu NM, Atkinson, Errol Delroy, 01/21/07
**07-DEA-478586**, $1,900.00 U.S. Currency, Albuqu NM, Atkinson, Errol Delroy, 01/21/07
**07-DEA-478653**, $17,655.00 U.S. Currency, Albuq NM, Humberto, Jesus, 01/09/07
**07-DEA-478654**, $31,900.00 U.S. Currency, Albuq NM, Trotter, Judy Ellen, 01/24/07
**07-DEA-478750**, $38,080.00 U.S. Currency, Berna Avila, Catalina, 01/17/07
**07-DEA-478858**, $18,680.00 U.S. Currency, Albuq NM, Gomez, Pedro, 01/25/07
**07-DEA-479014**, (25) Assorted Money Orders, VL: $25,000.00; (16) Money Gram Money Orders, Ser 49837137823; 49837137570; 49837137812; 4983 49837137780; 49837137779; 49837137581; 486 49884459692; 49884459681; 49884682038; 4866 48685537461; 48685537450; 48693240556; 48663 (9) Western Union Money Orders, Ser Nos. 08-55 08-555516664; 08-606873835; 08-644714672; 06 64471 4673; 08-623040990; 08-623040990; 08-61 08-61299562, Albuquerque, NM, Haughton, Ishm Anthony, 01/21/07
**07-DEA-479234**, 2004 Jeep Liberty, 1J4GL48K4 Rio Puerco, NM, Razo-Arellano, Sergio, 02/01/07

**DISTRICT OF NEVADA**
**07-DEA-477319**, $11,205.00 U.S. Currency, Las Nixon, Zaheta Mahealani, 12/12/06
**07-DEA-477327**, $10,300.00 U.S. Currency, Las Torres, Rachel Kailani, 12/12/06
**07-DEA-478464**, $830.00 U.S. Currency, Sparks Rudolfo, 01/18/07

**EASTERN DISTRICT OF NEW YORK**
**07-DEA-478449**, $46,950.00 U.S. Currency, Fre Meadows, NY, Amaya, Alexander, 01/19/07
**07-DEA-478602**, $11,430.00 U.S. Currency, Gle Petrone, Joseph, 01/24/07
**07-DEA-478776**, $3,890.00 U.S. Currency, East NY, Mendez, William Humberto, 01/11/07
**07-DEA-478777**, $39,700.00 U.S. Currency, Ba Rios, Oscar, 01/26/07
**07-DEA-478779**, $16,700.00 U.S. Currency, Ea NY, Mendez, William Humberto, 01/11/07
**07-DEA-478784**, $84,650.00 U.S. Currency, Ea NY, Mendez, William Humberto, 01/11/07
**07-DEA-478791**, $19,650.00 U.S. Currency, WI Acosta-Olaya, Gabriel, 01/17/07
**07-DEA-478903**, $33,000.00 U.S. Currency, Unit Lam, Yu-Fei, 01/24/07
**07-DEA-478903**, 2003 Nissan Altima, 1N4AL11D83C183767, Fresh Meadows, NY,A Alexander, 01/19/07
**07-DEA-478933**, 1996 Acura RL, JH4KA9653 Jamaica, NY, Brave-Gardenon, Peter F., 01/19/0
**07-DEA-478939**, 2005 Porche Cayanne, WP1AB29P75LA61652, Flushing, NY, Lam, Yu-