UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$6,075.00 IN UNITED STATES CURRENCY, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-976 (RCL) |

**JUDGMENT OF FORFEITURE**

On May 25, 2007, a Verified Complaint for Forfeiture *In Rem* was filed by the plaintiff, United States of America, against the defendant $6,075.00 in United States currency. The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 801 *et seq.*, and as such, the defendant currency is subject to forfeiture pursuant to 18 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action with respect to the defendant currency and returned according to law;

That pursuant to a Warrant of Arrest *in Rem* issued by this Court, the United States Marshal for the District of Columbia served the said defendant currency on May 25, 2007;

That on August 16, 2007, the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant currency within the time permitted by 18 U.S.C. § 983(a)(4)(a); and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

ORDERED, ADJUDGED, AND DECREED that the default of all persons interested in the defendant property further identified as: Six thousand seventy-five dollars ($6,075.00) in United States currency be entered and that no right, title, or interest in the defendant currency shall exist in any other party, and that the said defendant currency be and hereby are forfeited to the United States of America to be disposed of in accordance with law.

That the Clerk is hereby directed to send certified copies of this Judgment of Forfeiture to plaintiff's counsel of record and to the United States Marshals Service.

Signed by United States District Judge Royce C. Lamberth, September 28, 2007.